TERRENCE P. MCMAHON (SBN: 71910)
TERRY W. AHEARN (SBN: 216543)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:     +1 650 815 7400
Facsimile:      +1 650 815 7401
tmcmahon@mwe.com
tahearn@mwe.com

SARAH CHAPIN COLUMBIA (*pro hac vice* pending )
LEIGH MARTINSON (*pro hac vice* pending)
McDERMOTT WILL & EMERY LLP
28 State St
Boston, Massachusetts 02109
Telephone:      (617) 535-4000
Facsimile:       (617) 535-3800
scolumbia@mwe.com
lmartinson@mwe.com

Attorneys for Plaintiff
*SAGE Electrochromics, Inc*.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.,** a New Jersey Corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>**VIEW, INC**., a Delaware Corporation,<br><br>           Defendant. | CASE NO.  C 12-06441 (JCS)<br><br>ELECTRONIC CASE FILING<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

| | | |
|---|---|---|
| 1 | Dated: January 10, 2013 | McDERMOTT WILL & EMERY LLP |

By: /s/ Terry W. Ahearn
    Terrence P. McMahon
    Terry W. Ahearn
    McDERMOTT WILL & EMERY LLP
    275 Middlefield Road, Suite 100
    Menlo Park, CA 94025
    Telephone: (650) 815-7400
    Facsimile: (650) 815-7401
    tmcmahon@mwe.com
    tahearn@mwe.com

    Sarah Chapin Columbia (*pro hac vice* pending)
    Leigh Martinson (*pro hac vice* pending)
    McDERMOTT WILL & EMERY LLP
    28 State St.
    Boston, MA 02109
    Telephone:(617) 535-4000
    Facsimile: (617) 535-3800
    scolumbia@mwe.com
    lmartinson@mwe.com

    Attorneys for Plaintiff
    SAGE ELECTROCHROMICS, INC.

DM_US 40577845-1.092184.0011

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a US District Judge     - 2 -