KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
MATTHEW CHEN (SBN: 253712)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING
     HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Matthew.Chen@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

*Attorneys for Defendant View, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.,**<br><br>               Plaintiff,<br><br>       v.<br><br>**VIEW, INC.,**<br><br>               Defendant. | Case No. 12-6441-JCS<br><br>**NOTICE OF APPEARANCE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that Keith Slenkovich, Joseph F. Haag, Matthew Chen, Toby Mock and Crystal Roberts, attorneys with the law firm Wilmer Cutler Pickering Hale and Dorr LLP, whose contact information is provided above, hereby enter an appearance as counsel of record in the above-referenced matter on behalf of Defendant View, Inc.

Dated: January 10, 2013

WILMER CUTLER PICKERING
HALE & DORR LLP

*/s/ Keith Slenkovich*
Keith Slenkovich

*/s/ Joseph F. Haag*
Joseph F. Haag

*/s/ Matthew Chen*
Matthew Chen

*/s/ Toby Mock*
Toby Mock

*/s/ Crystal Roberts*
Crystal Roberts

*Attorneys for Defendant View, Inc.*

SIGNATURE ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from Joseph F. Haag, Matthew Chen, Toby Mock, and Crystal Roberts.  I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 10th day of January, 2013, at Palo Alto, California.

WILMER CUTLER PICKERING
HALE AND DORR LLP

*/S/ Keith Slenkovich*

Keith Slenkovich

*Attorneys for Defendant View, Inc.*