KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
MATTHEW CHEN (SBN: 253712)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Matthew.Chen@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.**, | No. C-12-6441 JCS |
| Plaintiff, | |
| vs. | **STIPULATION EXTENDING TIME FOR DEFENDANT VIEW, INC. TO RESPOND TO COMPLAINT** |
| **VIEW, INC.**, | |
| Defendant. | |

    Plaintiff SAGE Electrochromics, Inc. ("SAGE"), and Defendant View, Inc. ("View"), through their undersigned counsel, hereby agree and stipulate as follows:

    WHEREAS SAGE filed a Complaint in the above-captioned case on December 20, 2012;

    WHEREAS SAGE has agreed to extend the deadline for View to respond to the Complaint until February 11, 2013, and whereas such extension would not alter the date of any event or any deadline already fixed by Court order;

1  WHEREAS this stipulation does not constitute a waiver by View of any defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction, improper venue, insufficient process, insufficient service of process, failure to state a claim upon which relief can be granted, failure to join a party under Fed. R. Civ. P. 19, statute of limitations, or of any other defense.

NOW THEREFORE, pursuant to Rule 6-1(a) of the Local Civil Rules of the United States District Court for the Northern District of California, SAGE and View, by and through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

The deadline for View to respond to the Complaint in the above-captioned case shall be extended until February 11, 2013.

IT IS SO STIPULATED.

DATED: January10, 2013  WILMER CUTLER PICKERING HALE
                         AND DORR LLP

                         By: ____/S/ Keith Slenkovich_____
                             Keith Slenkovich

                         *Attorneys for Defendant View, Inc.*

DATED: January 10, 2013  MCDERMOTT, WILL & EMERY LLP

                         By: ____/S/ Sarah Chapin Columbia_____
                             Sarah Chapin Columbia

                         *Attorneys for Plaintiff SAGE Electrochromics, Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

<u>SIGNATURE ATTESTATION</u>

I hereby attest that concurrence in the filing of this document has been obtained from Plaintiff SAGE Electrochromics, Inc.  I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 10th day of January, 2013, at Palo Alto, California.

WILMER CUTLER PICKERING
HALE AND DORR LLP

*/S/ Keith Slenkovich*

Keith Slenkovich

*Attorneys for Defendant View, Inc.*