UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sage Electrochromics, Inc.,

        Plaintiff,

   v.

View, Inc.,

        Defendant.

Case No.: 3:12-cv-06441-JCS

**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because:

[X] One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

[ ] One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE SPERO ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

Dated: 1/10/2013

Richard W. Wieking
Clerk, United States District Court

By:_ *Karen L. Hom*
Karen Hom, Courtroom Deputy