1   KEITH SLENKOVICH (SBN: 129793)
    JOSEPH F. HAAG (SBN: 248749)
2   MATTHEW CHEN (SBN: 253712)
    TOBY MOCK (SBN: 265004)
3   CRYSTAL ROBERTS (SBN: 284622)
    WILMER CUTLER PICKERING
4       HALE AND DORR LLP
    950 Page Mill Road
5   Palo Alto, California  94304
    Tel. (650) 858-6000
6   Fax. (650) 858-6100
    Keith.Slenkovich@wilmerhale.com
7   Joseph.Haag@wilmerhale.com
    Matthew.Chen@wilmerhale.com
8   Tobias.Mock@wilmerhale.com
    Crystal.Roberts@wilmerhale.com
9

10  *Attorneys for Defendant View, Inc.*

11              **UNITED STATES DISTRICT COURT**

12             **NORTHERN DISTRICT OF CALIFORNIA**

13

14  **SAGE ELECTROCHROMICS, INC.,**          Case No. 12-6441-JCS

15                  Plaintiff,               **STIPULATION TO FILE A PORTION OF
                                             DEFENDANT VIEW, INC.'S
16          v.                               CERTIFICATION OF INTERESTED
                                             ENTITIES OR PERSONS UNDER SEAL**
17  **VIEW, INC.,**

18                  Defendant.

19

20          Plaintiff SAGE Electrochromics, Inc. ("SAGE"), and Defendant View, Inc. ("View"),

21  through their undersigned counsel, hereby agree and stipulate as follows:

22          WHEREAS View filed an Administrative Motion to File a Portion of Its Certification of

23  Interested Entities or Persons Under Seal on January 10, 2013 ("Certificate");

24          WHEREAS View wishes to maintain the confidentiality of certain information disclosed in

25  its Certificate pertaining to its investors;

26          NOW THEREFORE, pursuant to Civil L.R. 7–11, SAGE and View, by and through their

27  respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

28

                                                1

1.      SAGE takes no position as to whether the information View seeks to file under seal is, in fact, confidential information that should be filed under seal.  SAGE does not oppose or join in View's Administrative Motion to File a Portion of Its Certification of Interested Entities or Persons Under Seal, which seeks (1) approval to file under seal those portions of the Certificate which disclose confidential information of View and/or certain of its investors, and (2) that the service copy of the Certificate be designated and maintained by SAGE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information under the terms of the default Protective Order authorized by the Northern District of California pursuant to Patent L.R. 2–2.

IT IS SO STIPULATED.

DATED:  January 10, 2013                    WILMER CUTLER PICKERING HALE
                                             AND DORR LLP

                                         By: _____
                                             Keith Slenkovich

                                         *Attorneys for Defendant View, Inc.*

DATED:  January 10, 2013                    MCDERMOTT, WILL & EMERY LLP

                                         By: ____/S/ Terry W. Ahearn_____
                                             Terry W. Ahearn

                                         *Attorneys for Plaintiff SAGE Electrochromics,
                                         Inc.*

2

Stipulation to File a Portion of Defendant's Certificate Under Seal – Case No. 12-6441-JCS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from Plaintiff SAGE Electrochromics, Inc.  I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 10th day of January, 2013, at Palo Alto, California.

DATED: January 10, 2013

Respectfully submitted,

WILMER CUTLER PICKERING
HALE AND DORR LLP

_____
Keith Slenkovich

3