TERRENCE P. MCMAHON (SBN: 71910)
TERRY W. AHEARN (SBN: 216543)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone:    +1 650 815 7400
Facsimile:    +1 650 815 7401
tmcmahon@mwe.com
tahearn@mwe.com

SARAH CHAPIN COLUMBIA (*pro hac vice*)
LEIGH MARTINSON (*pro hac vice*)
HASAN M. RASHID (*pro hac vice*)
McDERMOTT WILL & EMERY LLP
28 State St
Boston, Massachusetts 02109
Telephone:    (617) 535-4000
Facsimile:    (617) 535-3800
scolumbia@mwe.com
lmartinson@mwe.com

Attorneys for Plaintiff
*SAGE Electrochromics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.**, a New Jersey Corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>**VIEW, INC.**, a Delaware Corporation,<br><br>         Defendant. | CASE NO. C 12-06441 (SI)<br><br>CERTIFICATE OF SERVICE |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

1    I, Gina Marie Royeca, declare:

2    I am over the age of eighteen years and not a party to the within-entitled action. My
3    business address is 275 Middlefield Rd., Suite 100, Menlo Park, CA 94025. On January 29,
4    2013, I served a copy of the within document(s):

5    **CASE MANAGEMENT CONFERENCE ORDER**

7    **BY ELECTRONIC MAIL**: by transmitting via electronic mail the documents listed above to the electronic mail addresses as set forth below on this date before 5:00 p.m.

Attorneys for View, Inc.

Keith Slenkovich
Joseph F. Haag
Matthew Chen
Toby Mock
Crystal Roberts
WILMER CUTLER PICKERING HALE AND DORR LLP
950 page Mill Road
Palo Alto, CA 94304
Tel: 650.858.6000
Fax: 650.858.6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Matthew.Chen@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

20   I declare that I am employed in the office of a member of the bar of this court at whose
21   direction the service was made.

22   Executed on **January 29, 2013**, at Menlo Park, California.

Gina Marie Royeca

DM_US 40854572-1.092184.0011

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

## Royeca, Gina

| | |
|---|---|
| **From:** | Royeca, Gina |
| **Sent:** | Tuesday, January 29, 2013 11:11 AM |
| **To:** | 'Keith.Slenkovich@wilmerhale.com'; 'Joseph.Haag@wilmerhale.com'; 'Matthew.Chen@wilmerhale.com'; 'Tobias.Mock@wilmerhale.com'; 'Crystal.Roberts@wilmerhale.com' |
| **Cc:** | Ahearn, Terry; Deneen, Patricia |
| **Subject:** | Sage v. View- Case Management Order |
| **Attachments:** | Case Management Conference Order.pdf |

Dear Counsel, as per the Court's instructions, please see the Case Management Order. Thank you.

*Gina Marie Royeca*
Legal Secretary to Terry Ahearn,
Mary Boyle, D. Stuart Bartow,
Philip Ou, and Sara Sunderland
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
650.815.7489
groyeca@mwe.com

1