KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
MATTHEW CHEN (SBN: 253712)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Matthew.Chen@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

*Attorneys for Defendant View, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGE ELECTROCHROMICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIEW, INC., <br><br> Defendant. | Case No. 12-6441-JCS <br><br> [PROPOSED] ORDER GRANTING VIEW, INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE A PORTION OF ITS CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER SEAL |

    Upon consideration of View, Inc.'s ("View's") Unopposed Administrative Motion to File a Portion of Its Certification of Interested Entities or Persons Under Seal ("Certificate"), View's Declaration in support thereof, and the parties' Stipulation pursuant to Civil L.R. 7-12, View's administrative request is hereby GRANTED:

    1.    View shall file under seal those portions of its Certificate containing confidential business information of View and that of third party investors of View; and

    2.    View's Certificate served on counsel for SAGE shall be designated and maintained by SAGE as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information under the

terms of the default Protective Order authorized by the Northern District of California pursuant to Patent L.R. 2-2.

    IT IS SO ORDERED.

Dated: 1/29/13

_____
Magistrate Judge Joseph C. Spero **AUSTEN**
UNITED STATES DISTRICT COURT