KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
RUSSELL TONKOVICH (SBN: 233280)
MATTHEW CHEN (SBN: 253712)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING
     HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Russell.Tonkovich@wilmerhale.com
Matthew.Chen@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

WILLIAM F. LEE (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax. (617) 526-5000
William.Lee@wilmerhale.com

*Attorneys for Defendant View, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.,**<br><br>    Plaintiff–Counterclaim Defendant,<br><br>    v.<br><br>**VIEW, INC.,**<br><br>    Defendant–Counterclaimant. | Case No. 12-6441-JST<br><br>**NOTICE OF APPEARANCE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Russell Tonkovich, attorney with the law firm Wilmer Cutler Pickering Hale and Dorr LLP, whose contact information is provided above, hereby enters an appearance as counsel of record in the above-referenced matter on behalf of Defendant View, Inc.

Dated:  February 15, 2013                     WILMER CUTLER PICKERING
                                                                     HALE & DORR LLP

                                                                     */s/ Keith Slenkovich*
                                                                    Keith Slenkovich

                                                                     */s/ Russell Tonkovich*
                                                                    Russell Tonkovich

                                                                    *Attorneys for Defendant View, Inc.*

## SIGNATURE ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from Russell Tonkovich. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 15th day of February, 2013, at Palo Alto, California.

WILMER CUTLER PICKERING
HALE AND DORR LLP

/S/ Keith Slenkovich

Keith Slenkovich

*Attorneys for Defendant View, Inc.*
