TERRENCE P. MCMAHON (SBN: 71910)
TERRY W. AHEARN (SBN: 216543)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:     +1 650 815 7400
Facsimile:     +1 650 815 7401
tmcmahon@mwe.com
tahearn@mwe.com

SARAH CHAPIN COLUMBIA (admitted *pro hac vice*)
LEIGH MARTINSON (admitted *pro hac vice*)
HASAN M RASHID (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
28 State St
Boston, Massachusetts 02109
Telephone:     (617) 535-4000
Facsimile:     (617) 535-3800
scolumbia@mwe.com
lmartinson@mwe.com

Attorneys for Plaintiff
*SAGE Electrochromics, Inc*.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.,** a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>**VIEW, INC**., a Delaware Corporation,<br><br>Defendant. | CASE NO.  C 12-06441 (JST)<br><br>**NOTICE OF APPEARANCE BY TERRY W. AHEARN** |

The undersigned hereby files this notice of appearance on behalf of plaintiff, SAGE ELECTROCHROMICS, INC., in this case.  The undersigned has the following contact information:

     Terry W. Ahearn
     McDermott Will & Emery LLP
     275 Middlefield Rd., Suite 100

Menlo Park, CA 94025
Telephone: 650.815.7400
Facsimile: 650.815.7401
tahearn@mwe.com

Dated: February 21, 2013					McDERMOTT WILL & EMERY LLP


By: /s/ Terry W. Ahearn
	Terrence P. McMahon
	Terry W. Ahearn
	McDERMOTT WILL & EMERY LLP
	275 Middlefield Road, Suite 100
	Menlo Park, CA 94025
	Telephone: (650) 815-7400
	Facsimile: (650) 815-7401
	tmcmahon@mwe.com
	tahearn@mwe.com

	Sarah Chapin Columbia (admitted *pro hac vice*)
	Leigh Martinson (admitted *pro hac vice*)
	HASAN M. RASHID (admitted *pro hac vice*)
	McDERMOTT WILL & EMERY LLP
	28 State St.
	Boston, MA 02109
	Telephone:(617) 535-4000
	Facsimile: (617) 535-3800
	scolumbia@mwe.com
	lmartinson@mwe.com

	Attorneys for Plaintiff
	SAGE ELECTROCHROMICS, INC.

DM_US 40354239-1.092184.0011