TERRENCE P. MCMAHON (SBN: 71910)
TERRY W. AHEARN (SBN: 216543)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone:    +1 650 815 7400
Facsimile:    +1 650 815 7401
tmcmahon@mwe.com
tahearn@mwe.com

SARAH CHAPIN COLUMBIA (*pro hac vice*)
LEIGH MARTINSON (*pro hac vice*)
HASAN M. RASHID (*pro hac vice*)
McDERMOTT WILL & EMERY LLP
28 State St
Boston, Massachusetts 02109
Telephone:    (617) 535-4000
Facsimile:    (617) 535-3800
scolumbia@mwe.com
lmartinson@mwe.com

Attorneys for Plaintiff
*SAGE Electrochromics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.**, a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>**VIEW, INC.**, a Delaware Corporation,<br><br>Defendant. | CASE NO. C 12-06441 (JST)<br><br>CERTIFICATE OF SERVICE |

1  I, Gina Marie Royeca, declare:

2  I am over the age of eighteen years and not a party to the within-entitled action. My

3  business address is 275 Middlefield Rd., Suite 100, Menlo Park, CA 94025. On March 14, 2013,

4  I served a copy of the within document(s):

5  ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND

6  ATTACHMENTS (DOCKET 35)

| X | **BY FEDERAL EXPRESS**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by Federal Express. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to Federal Express with a fully completed air bill, under which all delivery charges are paid by McDermott Will & Emery LLP, that same day in the ordinary course of business. |
|---|---|

Attorneys for View, Inc.

Keith Slenkovich
Joseph F. Haag
Matthew Chen
Toby Mock
Crystal Roberts
Russell Tonkovich
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel: 650.858.6000
Fax: 650.858.6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Matthew.Chen@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com
Russell.Tonkovich@wilmerhale.com

William F. Lee (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
617.526.6000
Fax 617.526.5000
William.Lee@wilmerhale.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 14**, 2013 at Menlo Park, California.

Gina Marie Royeca

DM_US 41562157-1.092184.0011

- 3 -