KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
RUSSELL TONKOVICH (SBN: 223280)
MATTHEW CHEN (SBN: 253712)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Russell.Tonkovich@wilmerhale.com
Matthew.Chen@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

WILLIAM F. LEE (*pro hac vice*)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax. (617) 526-5000
William.Lee@wilmerhale.com

*Attorneys for Defendant-Counterclaimant
View, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.,** | No. C-12-6441 (JST) |
| Plaintiff–Counterclaim Defendant, | **VIEW, INC.'S ADR CERTIFICATION [CIVIL L.R. 16-8(B) AND ADR L.R. 3-5(B)]** |
| vs. | |
| **VIEW, INC.,** | |
| Defendant–Counterclaimant. | |

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

1   Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies
2   that he or she has:

3   1. Read the handbook entitled "Dispute Resolution Procedures in the Northern
4   District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

5   2. Discussed the available dispute resolution options provided by the Court and
6   private entities; and

7   3. Considered whether this case might benefit from any of the available dispute
8   resolution options.

9

10  DATED: May 8, 2013                    WILMER CUTLER PICKERING HALE
                                          AND DORR LLP
11
                                          By: ___/s/_____
12                                            Keith Slenkovich
13
                                          *Attorneys for Defendant-Counterclaimant*
14                                        *View, Inc.*

15  DATED: May 8, 2013                    VIEW, INC.
16
                                          By: _____
17                                            Brian Griedel
18
19
20
21
22
23
24
25
26
27
28

2