KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
RUSSELL TONKOVICH (SBN: 223280)
MATTHEW CHEN (SBN: 253712)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Russell.Tonkovich@wilmerhale.com
Matthew.Chen@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

WILLIAM F. LEE (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax. (617) 526-5000
William.Lee@wilmerhale.com

*Attorneys for Defendant-Counterclaimant View, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGE ELECTROCHROMICS, INC., <br><br> Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> VIEW, INC., <br><br> Defendant-Counterclaimant. | Case No. 12-6441-JST <br><br> **DEFENDANT VIEW, INC.'S CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3–16 AND FRCP 7.1** |

1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, association of persons, firms, partnerships, corporations (including parent corporations) or other entities other than the parties themselves (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. DBL Investors
2. GE Ventures Ltd.
3. Khosla Ventures
4. NanoDimension
5. Navitas Capital
6. Reinet Investments S.C.A.
7. Sigma Partners
8. The Westly Group





Pursuant to Fed. R. Civ. P. 7.1, View, Inc. has no parent corporation and there is no publicly held corporation that owns 10% or more of View, Inc. stock.

DATED: January 10, 2013

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: _____
Keith Slenkovich

*Attorneys for Defendant View, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" has been served to all counsel of record by electronic mail, facsimile and/or overnight delivery to the addresses on record.

Dated: January 10, 2013

_____
Keith L. Slenkovich

*Attorneys for Defendant View, Inc.*