KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
RUSSELL TONKOVICH (SBN: 223280)
MATTHEW CHEN (SBN: 253712)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Russell.Tonkovich@wilmerhale.com
Matthew.Chen@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

WILLIAM F. LEE (*pro hac vice*)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax. (617) 526-5000
William.Lee@wilmerhale.com

*Attorneys for Defendant-Counterclaimant View, Inc.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SAGE ELECTROCHROMICS, INC., <br><br> Plaintiff–Counterclaim Defendant, <br><br> vs. <br><br> VIEW, INC., <br><br> Defendant–Counterclaimant. | No. C-12-6441 (JST) <br><br> **DECLARATION OF TOBIAS MOCK IN SUPPORT OF VIEW, INC.'S MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER AND COUNTERCLAIMS TO ASSERT A SUPPLEMENTAL COUNTERCLAIM FOR PATENT INFRINGEMENT** |

I, Tobias Mock, hereby declare as follows:

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel of record for Defendant-Counterclaimant View, Inc. ("View") in the above-captioned matter. I am over the age of eighteen and have personal knowledge of and/or have confirmed or otherwise investigated and am competent to testify about the factual matters asserted herein.

2. I submit this declaration in support of View's Motion for Leave to File a Second Amended Answer and Counterclaims to Assert a Supplemental Counterclaim for Patent Infringement.

3. Attached hereto as Exhibit A is a true and correct copy of View's proposed Second Amended Answer, Affirmative Defenses, and Counterclaims, which asserts as a Seventh Counterclaim View's supplemental counterclaim for infringement of U.S. Patent No. 8,432,603 (the "'603 Patent").

4. On April 10, 2013, the USPTO published an Issue Notification for View's then pending U.S. Patent Application No. 12/645,159, indicating that the Application was expected to issue as the '603 Patent on April 30, 2013. Attached hereto as Exhibit B is a true and correct copy of the Issue Notification for the '603 Patent.

5. On April 12, 2013, View sent a letter to SAGE notifying SAGE of the '603 Patent, SAGE's believed infringement of the '603 Patent, and informing SAGE that View intended move for leave to add a supplemental counterclaim to assert the '603 Patent in this case. Attached hereto as Exhibit C is a true and correct copy of View's letter to SAGE dated April 12, 2013.

6. The '603 Patent issued on April 30, 2013, naming as inventors Mark Kozlowski, Eric Kurman, Zhongchun Wang, Mick Scobey, Jeremy Dixon, and Anshu Pradhan, each also an inventor of U.S. Patent No. 8,243,357 ("the '357 Patent), which is already asserted by View in this case. Attached hereto as Exhibit D is a true and correct copy of the '603 Patent.

7. I am informed and believe that all right, title, and interest in and to the '603 Patent has been duly and legally assigned to View.

8. The '603 Patent claims priority to the same provisional application as the asserted '357 Patent, shares common inventors and the same specification with the asserted '357 Patent, and covers SAGE technology similar to that already at issue in this case. More specifically, View's existing counterclaims accuse SAGE's electrochromic glass products and its apparatus and system for manufacturing those products of infringing the '357 Patent and U.S. Patent No. 5,831,851, which is also already asserted by View in this case. By its proposed amended counterclaim, View seeks to assert that SAGE is infringing the '603 Patent by practicing a method to manufacture the same electrochromic glass products already at issue.

Executed this 10th day of May 2013, in Palo Alto, California.

_____
Tobias Mock