# EXHIBIT B



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/645,159 | 04/30/2013 | 8432603 | VIEWP002 | 7717 |

22434    7590    04/10/2013

Weaver Austin Villeneuve & Sampson LLP
P.O. BOX 70250
OAKLAND, CA 94612-0250

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Zhongchun Wang, Milpitas, CA;
Eric Kurman, Healdsburg, CA;
Mark Kozlowski, Windsor, CA;
Mike Scobey, Santa Rosa, CA;
Jeremy Dixon, Fremont, CA;
Anshu Pradhan, Fremont, CA;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit <u>SelectUSA.gov</u>.

IR103 (Rev. 10/09)

**Listing of Claims:**

The listing of claims will replace all prior versions, and listings, of claims in the application:

      1-61.   (Canceled)

      62.   (Previously Presented)  A method of fabricating an electrochromic window, the method comprising:

    sequentially depositing layers on a glass substrate while in a substantially vertical orientation at multiple deposition stations within a single pass integrated vacuum deposition system to fabricate an entirely inorganic and solid state electrochromic device having a low level of electric short related defects, visible during tinting of the electrochromic device;

    depositing a tungsten oxide electrochromic layer while the glass substrate is in a first deposition station of the multiple deposition stations;

    depositing a nickel tungsten oxide counter electrode layer while the glass substrate is in a second deposition station of the multiple deposition stations to form a stack of the electrochromic device including the electrochromic layer and the counter electrode layer;

    depositing lithium while the glass substrate is in a third deposition station of the multiple deposition stations; and

    depositing a transparent conductive oxide while the glass substrate is in a fourth deposition station of the multiple deposition stations,

    wherein the glass substrate is in the substantially vertical orientation during translational movement between the multiple stations depositing the layers on the glass substrate within the integrated vacuum deposition system,

    wherein the glass substrate does not leave the integrated vacuum deposition system at any time during the sequential deposition of the electrochromic layer and the counter electrode layer, and

    wherein the glass substrate has a size of at least 20 x 20 inches and up to about 80 inches by 120 inches.

      63.   (Canceled)

64. (Currently Amended)  The method of claim 62, wherein depositing the ~~substantially amorphous~~ nickel tungsten oxide counter electrode layer produces a nickel tungsten oxide in which the atomic ratio of tungsten to nickel is between about 0.15 to 0.35.

65. (Currently Amended)  The method of claim 62, wherein the <u>electrochromic device further includes an</u> ion conducting layer ~~comprises~~ <u>comprising</u> a silicate, a silicon oxide, a tungsten oxide, a tantalum oxide, a niobium oxide or a borate.

66. (Original)  The method of claim 62, wherein the electrochromic layer comprises $WO_x$, wherein $x$ is less than 3.0 and at least 2.7.

67. (Original)  The method of claim 66, wherein the $WO_x$ has a substantially nanocrystalline morphology.

68. (Currently Amended)  The method of claim ~~62~~ <u>65</u>, wherein each of (i) the tungsten oxide electrochromic layer, (ii) the inorganic and solid lithium ion conducting layer, and (iii) the ~~substantially amorphous~~ nickel tungsten oxide counter electrode layer is physical vapor deposited.

69. (Original)  The method of claim 67, wherein depositing the counter electrode layer comprises sputtering a target comprising about 10 to about 40 atomic% of tungsten in nickel in an oxygen containing environment to produce the layer of nickel tungsten oxide.

70. (Original)  The method of claim 62, wherein depositing the counter electrode layer comprises depositing the counter electrode layer to a thickness of between about 150 nm and about 350 nm.

71. (Original)  The method of claim 62, wherein the ratio of thicknesses of the electrochromic layer to the counter electrode layer is between about 1.7:1 and 2.3:1.

　　　　　72.　　(Original)  The method of claim 62, wherein depositing the counter electrode layer comprises depositing nickel tungsten oxide at a pressure of between about 1 mTorr and about 50 mTorr.

　　　　　73.　　(Original)  The method of claim 62, further comprising depositing a layer of transparent conductive oxide on the stack.

　　　　　74.　　(Original)  The method of claim 62, wherein the substrate comprises architectural glass.

　　　　　75-79. (Canceled)

　　　　　80.　　(Previously Presented)  The method of claim 62, wherein the substrate is in the substantially vertical orientation during translational and linear movement between multiple deposition stations in the integrated vacuum deposition system.

　　　　　81.　　(Previously Presented)  The method of claim 62, wherein each of the sequentially deposited layers is deposited at a different deposition station of the multiple deposition stations.

　　　　　82.　　(Previously Presented)  The method of claim 62, wherein the multiple deposition stations of the single integrated vacuum deposition system operate in a controlled environment.

　　　　　83.　　(Currently Amended)  The method of claim ~~62~~ 65, further comprising depositing lithium on at least one of the tungsten oxide electrochromic layer, the inorganic and solid lithium ion conducting layer and the ~~substantially amorphous~~ nickel tungsten oxide counter electrode layer.

　　　　　84. (Canceled)