KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
RUSSELL TONKOVICH (SBN: 223280)
MATTHEW CHEN (SBN: 253712)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING HALE
    AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Russell.Tonkovich@wilmerhale.com
Matthew.Chen@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

WILLIAM F. LEE (*pro hac vice*)
WILMER CUTLER PICKERING HALE
    AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax. (617) 526-5000
William.Lee@wilmerhale.com

*Attorneys for Defendant-Counterclaimant View, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.,**<br><br>   Plaintiff–Counterclaim Defendant,<br><br>         vs.<br><br>**VIEW, INC.,**<br><br>   Defendant–Counterclaimant. | No. C-12-6441 (JST)<br><br>**[PROPOSED] ORDER GRANTING VIEW, INC.'S MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER AND COUNTERCLAIMS TO ASSERT A SUPPLEMENTAL COUNTERCLAIM FOR PATENT INFRINGEMENT** |

1   Upon consideration of View, Inc.'s ("View's") Motion for Leave to File a Second
2   Amended Answer and Counterclaims to Assert a Supplemental Counterclaim for Patent
3   Infringement, View's request is hereby GRANTED:
4   View shall file a Second Amended Answer, Affirmative Defenses, and Counterclaims to
5   Assert a Supplemental Counterclaim for Patent Infringement.
6   IT IS SO ORDERED.

Dated: _____

                                  Judge Jon S. Tigar
                                  UNITED STATES DISTRICT COURT