KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
RUSSELL TONKOVICH (SBN: 233280)
MATTHEW CHEN (SBN: 253712)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 858 6000
Facsimile: +1 650 858 6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Russell.Tonkovich@wilmerhale.com
Matthew.Chen@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

WILLIAM F. LEE (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000
William.Lee@wilmerhale.com

*Attorney for Defendant–Counterclaimant View, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAGE ELECTROCHROMICS, INC., <br><br> Plaintiff–Counterclaim Defendant, <br><br> vs. <br><br> VIEW, INC. <br><br> Defendant–Counterclaimant. | Case No.  12-6441-JST <br><br> **NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL** |

Notice of Withdrawal of Certain Counsel
Case No. 12-6441-JST

1  TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2  PLEASE TAKE NOTICE THAT Matthew Chen, attorney at Wilmer Cutler Pickering Hale and
3  Dorr, LLP hereby withdraws as counsel for defendant, View, Inc.  Keith Slenkovich, Joseph
4  Haag, Russell Tonkovich, Tobias Mock, and Crystal Roberts continue to represent View, Inc.
5  and request that all future correspondence and papers in this action continue to be directed to
6  them.

Dated:  May 10, 2013　　　　　　　　　WILMER CUTLER PICKERING HALE AND DORR LLP

　　　　　　　　　　　　　　　　　　　　　　　By:   /s/ Keith Slenkovich
　　　　　　　　　　　　　　　　　　　　　　　　　　Keith Slenkovich

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant View, Inc.*

-1-
NOTICE OF Withdrawal of Certain Counsel
Case No. 12-6441-JST