UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAGE Electrochromics, Inc.

CASE NO. 12-06441-JST

Plaintiff(s),

v.

View, Inc.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process
☒ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  May 29, 2013

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Keith Slenkovich, | View, Inc., | 650-858-6110, | Keith.Slenkovich@WilmerHale.com |
| Terry W. Ahearn, | SAGE Electrochromics, Inc., | 650-815-7424, | TAhearn@mwe.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: May 21, 2013

/s/ Terry W. Ahearn
Attorney for Plaintiff

Dated: May 21, 2013

/s/ Keith Slenkovich
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Dated: May 21, 2013            /s/ Terry W. Ahearn
                               _____
                               Terry W. Ahearn

DM_US 42765973-1.092184.0011

CASE NO. 12-06441-JST