1   TERRENCE P. MCMAHON (SBN: 71910)
    TERRY W. AHEARN (SBN: 216543)
2   McDERMOTT WILL & EMERY LLP
    275 Middlefield Road, Suite 100
3   Menlo Park, CA 94025-4004
    Telephone:    +1 650 815 7400
4   Facsimile:    +1 650 815 7401
    tmcmahon@mwe.com
5   tahearn@mwe.com

6   SARAH CHAPIN COLUMBIA (admitted *pro hac vice*)
7   LEIGH MARTINSON (admitted *pro hac vice*)
    HASAN M RASHID (admitted *pro hac vice*)
8   McDERMOTT WILL & EMERY LLP
    28 State St.
9   Boston, Massachusetts 02109
    Telephone:    (617) 535-4000
10  Facsimile:    (617) 535-3800
    scolumbia@mwe.com
11  lmartinson@mwe.com

12  Attorneys for Plaintiff
    *SAGE Electrochromics, Inc.*
13

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18

19  **SAGE ELECTROCHROMICS, INC.**, a      CASE NO C 12-06441 (JST)
    New Jersey Corporation,
20                                          **ADR CERTIFICATION BY SAGE**
            Plaintiff,                      **ELECTROCHROMICS, INC. AND ITS**
21                                          **COUNSEL**
        v.
22
    **VIEW, INC.**, a Delaware Corporation,
23
            Defendant.
24

25          Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies

26  that he or she has:

27          1.      Read the handbook entitled *"Dispute Resolution Procedures in the Northern
                    District of California"* on the Court's ADR internet site
28                  www.adr.cand.uscourts.gov (*Limited printed copies are available from the
                    clerk's office for parties in cases not subject to the court's Electronic Case Filing*

                                                            CASE NO. CV 09 03496 (SI)

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1    *program (ECF) under General Order 45*);

2    2.    Discussed the available dispute resolution options provided by the Court and
        private entities; and

3

4    3.    Considered whether this case might benefit from any of the available dispute
        resolution options.

5    Dated: *May 20, 2013*

6                                          Alexander H. Plache, Senior Intellectual
                                           Property Counsel, Saint-Gobain Corporation,
7                                          on behalf of Plaintiff SAGE Electrochromics,
                                           Inc.

8

9

10
     Dated:    May 21, 2013                  /s/ Terry W. Ahearn
11                                         Terry W. Ahearn, Counsel for Plaintiff
                                           SAGE Electrochromics, Inc.
12

13

14   DM_US 42537801-1.092184.0011

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADR Certification by Sage Electrochromics,                        CASE NO. CV 09 03496 (SI)
Inc.                                         - 2 -

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto