TERRENCE P. MCMAHON (SBN: 71910)
TERRY W. AHEARN (SBN: 216543)
SARA D. SUNDERLAND (SBN: 278926)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone: +1 650 815 7400
Facsimile: +1 650 815 7401
tmcmahon@mwe.com
tahearn@mwe.com
ssunderland@mwe.com

SARAH CHAPIN COLUMBIA (admitted *pro hac vice*)
LEIGH MARTINSON (admitted *pro hac vice*)
HASAN M RASHID (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, Massachusetts 02109
Telephone: (617) 535-4000
Facsimile: (617) 535-3800
scolumbia@mwe.com
lmartinson@mwe.com
hrashid@mwe.com

Attorneys for Plaintiff
*SAGE Electrochromics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.**, a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>**VIEW, INC**., a Delaware Corporation,<br><br>Defendant. | CASE NO. C 12-06441 (JST)<br><br>NOTICE OF APPEARANCE BY SARA D. SUNDERLAND |

The undersigned hereby files this notice of appearance on behalf of plaintiff, SAGE ELECTROCHROMICS, INC., in this case. The undersigned has the following contact information:

1 | Sara D. Sunderland
2 | McDermott Will & Emery LLP
3 | 275 Middlefield Rd., Suite 100
  | Menlo Park, CA 94025
4 | Telephone:  650.815.7400
  | Facsimile:  650.815.7401
5 | ssunderland@mwe.com

6 | Dated: June 10, 2013         McDERMOTT WILL & EMERY LLP

8 | By: */s/ Sara D. Sunderland*
9 |    Terrence P. McMahon
   |    Terry W. Ahearn
10|    Sara D. Sunderland
   |    McDERMOTT WILL & EMERY LLP
11 |    275 Middlefield Road, Suite 100
   |    Menlo Park, CA 94025
12 |    Telephone: (650) 815-7400
   |    Facsimile: (650) 815-7401
13 |    tmcmahon@mwe.com
   |    tahearn@mwe.com

14 |    Sarah Chapin Columbia *(pro hac vice)*
   |    Leigh Martinson *(pro hac vice)*
15 |    Hasan M. Rashid *(pro hac vice)*
   |    McDERMOTT WILL & EMERY LLP
16 |    28 State Street
   |    Boston, MA 02109
17 |    Telephone:(617) 535-4000
   |    Facsimile: (617) 535-3800
18 |    scolumbia@mwe.com
   |    lmartinson@mwe.com
19 |    hrashid@mwe.com

20 |    Attorneys for Plaintiff
   |    SAGE ELECTROCHROMICS, INC.

22 | DM_US 40354239-1.092184.0011

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK