# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Sage Electrochromics, Inc., | 12-06441 JST MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| View, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Jack Russo
> Russo & Hale LLP
> 401 Florence Street
> Palo Alto, CA 94301
> 650-327-9800 ext. 9802
> jrusso@computerlaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: June 25, 2013

         RICHARD W. WIEKING
         Clerk
         by:    Claudia M. Forehand

_____/s/_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
12-06441 JST MED     - 2 -