# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Sage Electrochromics, Inc., | 12-06441 JST MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| View, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that Jack Russo's appointment as mediator is vacated.  The mediator now assigned to this case is:

> A. James Isbester
> Kilpatrick, Townsend & Stockton, LLP
> Two Embarcadero Center, 8th Floor
> San Francisco, CA 94111-3834
> 415-576-0200
> jisbester@kilpatricktownsend.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.  The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
12-06441 JST MED                                            - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: July 22, 2013

          RICHARD W. WIEKING
          Clerk
          by:    Claudia M. Forehand

          _____/s/_____
          ADR Case Administrator
          415-522-2059
          Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
12-06441 JST MED                    - 2 -