UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGE ELECTROCHROMICS, INC.,<br><br>  Plaintiff,<br><br> v.<br><br>VIEW, INC.,<br><br>  Defendant. | Case No. 12-cv-06441-JST<br><br>**ORDER REFERRING ALL DISCOVERY DISPUTES TO MAGISTRATE JUDGE**<br><br>Re: ECF No. 66 |

Discovery disputes in this case, including the one described in the parties' letter brief at ECF No. 66, are referred to a Magistrate Judge. The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

**IT IS SO ORDERED**.

Dated: July 29, 2013

                _____
                JON S. TIGAR
                United States District Judge