1  TERRENCE P. MCMAHON (SBN: 71910)
   TERRY W. AHEARN (SBN: 216543)
2  McDERMOTT WILL & EMERY LLP
   275 Middlefield Road, Suite 100
3  Menlo Park, CA  94025-4004
   Telephone:     +1 650 815 7400
4  Facsimile:     +1 650 815 7401
   tmcmahon@mwe.com
5  tahearn@mwe.com

6  SARAH CHAPIN COLUMBIA (admitted *pro hac vice*)
   LEIGH MARTINSON (admitted *pro hac vice*)
7  HASAN M RASHID (admitted *pro hac vice*)
   McDERMOTT WILL & EMERY LLP
8  28 State Street
   Boston, Massachusetts 02109
9  Telephone:     (617) 535-4000
   Facsimile:     (617) 535-3800
10 scolumbia@mwe.com
   lmartinson@mwe.com
11 hrashid@mwe.com

12 Attorneys for Plaintiff and Counterclaim Defendant
   *SAGE Electrochromics, Inc*.
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO

17

18 **SAGE ELECTROCHROMICS, INC.,** a          CASE NO.  C 12-06441 (JST)
   New Jersey Corporation,
19                                            **NOTICE OF WITHDRAWAL OF SARA
                   Plaintiff and Counterclaim  D. SUNDERLAND AS COUNSEL OF
20                 Defendant,                  RECORD**

21     v.

22 **VIEW, INC**., a Delaware Corporation,

23                 Defendant and
                   Counterclaimant.
24

25
        PLEASE TAKE NOTICE THAT Sara D. Sunderland is no longer associated with the law
26
   firm of McDermott Will & Emery LLP.  Plaintiff Sage Electrochromics, Inc. ("Sage") hereby
27
   requests that Sara D. Sunderland be removed as counsel for Sage in this matter.  Please remove
28

Notice of Withdrawal                                              CASE NO. C-12-06441 (JST)

her name from your service list. No other changes are requested at this time regarding other attorneys acting as attorneys of record.

Dated: August 12, 2013     McDERMOTT WILL & EMERY LLP

By: */s/ Terry W. Ahearn*
    Terrence P. McMahon
    Terry W. Ahearn
    Sara D. Sunderland
    McDERMOTT WILL & EMERY LLP
    275 Middlefield Road, Suite 100
    Menlo Park, CA 94025
    Telephone: (650) 815-7400
    Facsimile: (650) 815-7401
    tmcmahon@mwe.com
    tahearn@mwe.com

    Sarah Chapin Columbia *(pro hac vice)*
    Leigh Martinson *(pro hac vice)*
    Hasan M. Rashid *(pro hac vice)*
    McDERMOTT WILL & EMERY LLP
    28 State Street
    Boston, MA 02109
    Telephone:(617) 535-4000
    Facsimile: (617) 535-3800
    scolumbia@mwe.com
    lmartinson@mwe.com
    hrashid@mwe.com

    Attorneys for Plaintiff
    SAGE ELECTROCHROMICS, INC.

DM_US 44238815-1.092184.0011