1  KEITH SLENKOVICH (SBN: 129793)
   JOSEPH F. HAAG (SBN: 248749)
2  RUSSELL TONKOVICH (SBN: 223280)
   TOBY MOCK (SBN: 265004)
3  CRYSTAL ROBERTS (SBN: 284622)
   WILMER CUTLER PICKERING
4      HALE AND DORR LLP
   950 Page Mill Road
5  Palo Alto, California 94304
   Tel. (650) 858-6000
6  Fax. (650) 858-6100
   Keith.Slenkovich@wilmerhale.com
7  Joseph.Haag@wilmerhale.com
   Russell.Tonkovich@wilmerhale.com
8  Tobias.Mock@wilmerhale.com
   Crystal.Roberts@wilmerhale.com
9
   WILLIAM F. LEE (*pro hac vice*)
10 WILMER CUTLER PICKERING
       HALE AND DORR LLP
11 60 State Street
   Boston, Massachusetts 02109
12 Tel. (617) 526-6000
   Fax. (617) 526-5000
13 William.Lee@wilmerhale.com
14
   *Attorneys for Defendant-Counterclaimant*
15 *View, Inc.*

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18

19 SAGE ELECTROCHROMICS, INC.,                Case No. 12-6441-JST

20     Plaintiff-Counterclaim Defendant,       **DEFENDANT VIEW, INC.'S**
                                               **SUPPLEMENTAL CERTIFICATION OF**
21     v.                                      **NON-PARTY INTERESTED ENTITIES OR**
                                               **PERSONS PURSUANT TO CIVIL**
22 VIEW, INC.,                                 **L.R. 3–16**

23     Defendant-Counterclaimant.

24

25

26

27

28

                                        1

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

View, Inc. filed its initial Certification of Non-Party Interested Entities or Persons on May 8, 2013.  Dkts. 42 and 43.  Pursuant to Civil L.R. 3-16, View hereby certifies that the additional listed persons, association of persons, firms, partnerships, corporations (including parent corporations) or other entities identified herein (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Corning Inc.

DATED:  August 21, 2013

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By:  /s/ Keith Slenkovich
      Keith Slenkovich

*Attorneys for Defendant-Counterclaimant
View, Inc.*

2