UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAGE ELECTROCHROMICS, INC.,      No. C-12-06441-JST (DMR)

        Plaintiff(s),

     v.

**NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTER [DOCKET NO. 72]**

VIEW, INC.,

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     The court has reviewed the parties' joint letter regarding their discovery dispute (Docket No. 72) filed on August 27, 2013. You are hereby notified that a hearing regarding the dispute is set for September 4, 2013 at 11:00 a.m., at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

     IT IS SO ORDERED.

Dated: August 30, 2013

_____
DONNA M. RYU
United States Magistrate Judge