KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
RUSSELL TONKOVICH (SBN: 223280)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Russell.Tonkovich@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

WILLIAM F. LEE (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax. (617) 526-5000
William.Lee@wilmerhale.com

*Attorneys for Defendant-Counterclaimant View, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.,**<br><br>    Plaintiff-Counterclaim Defendant,<br><br>    v.<br><br>**VIEW, INC.,**<br><br>    Defendant-Counterclaimant. | Case No. 12-6441-JST<br><br>**DEFENDANT VIEW, INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE A PORTION OF ITS SUPPLEMENTAL CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS UNDER SEAL** |

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil L.R. 79-5, Defendant-Counterclaimant View, Inc. ("View") respectfully moves for an order sealing a portion of its Civil L.R. 3-16 Supplemental Certification of Non-Party Interested Entities or Persons ("Supplemental Certification") that discloses the identity of a confidential third-party investor of View. The undersigned has reviewed and complied with the Court's August 21, 2013 Standing Order Governing Administrative Motions to File Material Under Seal. The undersigned has further reviewed and complied with Civil L.R. 79-5, General Order No. 62 and the instructions for e-filing under seal at http://cand.uscourts.gov/ecf/underseal.

View seeks to file Paragraph 2 of its Supplemental Certification under seal. The confidential third-party investor disclosed in Paragraph 2 of View's Supplemental Certification has requested that View maintain its identity as an investor in View as confidential. Accordingly, View requests an order sealing Paragraph 2 of its Supplemental Certification.

Also submitted herewith are the Declaration of Toby Mock in Support of View's Unopposed Administrative Motion to File a Portion of Its Supplemental Certification of Non-Party Interested Entities or Persons Under Seal ("Mock Decl."), and the parties' corresponding Stipulation pursuant to Civil L.R. 7–12. As set forth in the Mock Decl., Paragraph 2 of View's Supplemental Certification contains protectable information under Civil L.R. 79-5, and good cause and compelling reasons exist to seal Paragraph 2 of View's Supplemental Certification.

For the foregoing reasons, View requests that the Court enter the accompanying Proposed Order granting View's administrative request to file Paragraph 2 of its Supplemental Certification under seal.

Dated: August 30, 2013

WILMER CUTLER PICKERING
    HALE & DORR LLP

_____/s/ Toby Mock_____
Toby Mock

*Attorneys for Defendant-Counterclaimant View, Inc.*

# CERTIFICATE OF SERVICE

I, Toby Mock, hereby certify:

I am over the age of 18 and not a party to this action. My business address is: 950 Page Mill Road, Palo Alto, CA 94304. On 08/30/2013, pursuant to the Court's Standing Order Governing Administrative Motions to File Materials Under Seal Section A.5, the following documents were served to the non-party disclosed in Paragraph 2 of View's Supplemental Certification who has requested to maintain this information as confidential:

1. **DEFENDANT-COUNTERCLAIMANT VIEW INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE A PORTION OF ITS SUPPLEMENTAL CERTIFICATION OF INTERESTED NON-PARTY ENTITIES OR PERSONS UNDER SEAL**
2. **AUGUST 21, 2013 STANDING ORDER GOVERNING ADMINISTRATIVE MOTIONS TO FILE MATERIALS UNDER SEAL**
3. **CIVIL L.R. 79-5**

I declare under penalty of perjury that the above is true and correct. Executed on 08/30/2013, in Palo Alto, California.

                                        /s/ Toby Mock
                                        Toby Mock