KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
RUSSELL TONKOVICH (SBN: 223280)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Russell.Tonkovich@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

WILLIAM F. LEE (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax. (617) 526-5000
William.Lee@wilmerhale.com

*Attorneys for Defendant-Counterclaimant View, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.,**<br><br>    Plaintiff-Counterclaim Defendant,<br><br>    v.<br><br>**VIEW, INC.,**<br><br>    Defendant-Counterclaimant. | Case No. 12-6441-JST<br><br>**STIPULATION TO FILE A PORTION OF DEFENDANT-COUNTERCLAIMANT VIEW, INC.'S SUPPLEMENTAL CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS UNDER SEAL** |

Plaintiff-Counterclaim Defendant SAGE Electrochromics, Inc. ("SAGE"), and Defendant-Counterclaimant View, Inc. ("View"), through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS View filed an Unopposed Administrative Motion to File a Portion of Its Supplemental Certification of Non-Party Interested Entities or Persons Under Seal on August 28, 2013 ("Supplemental Certification");

WHEREAS View wishes to maintain the confidentiality of certain information disclosed in Paragraph 2 of its Supplemental Certification pertaining to its investor;

NOW THEREFORE, pursuant to Civil L.R. 7–11, SAGE and View, by and through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

1. SAGE takes no position as to whether the information View seeks to file under seal is, in fact, confidential information that should be filed under seal. SAGE does not oppose or join in View's Unopposed Administrative Motion to File a Portion of Its Supplemental Certification of Non-Party Interested Entities or Persons Under Seal, which seeks (1) approval to file under seal those portions of the Supplemental Certification which disclose confidential information of View and/or certain of its investors, and (2) that the service copy of the Supplemental Certification be designated and maintained by SAGE as "HIGHLY CONFIDENTIAL NON-TECHNICAL – ATTORNEYS' EYES ONLY" information under the terms of the Stipulated Protective Order.

IT IS SO STIPULATED.

DATED: August 30, 2013    WILMER CUTLER PICKERING HALE AND DORR LLP

By:  /s/ Toby Mock
     Toby Mock

*Attorneys for Defendant-Counterclaimant View, Inc.*

DATED: August 30, 2013    MCDERMOTT, WILL & EMERY LLP

By:  /s/ Hasan Rashid
     Hasan Rashid

*Attorneys for Plaintiff-Counterclaim Defendant SAGE Electrochromics, Inc.*

## SIGNATURE ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from Plaintiff-Counterclaim Defendant SAGE Electrochromics, Inc. and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 30th day of August, 2013, at Palo Alto, California.

DATED: August 30, 2013

/s/ Toby Mock
Toby Mock