KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
RUSSELL TONKOVICH (SBN: 223280)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Russell.Tonkovich@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

WILLIAM F. LEE (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax. (617) 526-5000
William.Lee@wilmerhale.com

*Attorneys for Defendant-Counterclaimant View, Inc.*

**FILED**

SEP 0 3 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAGE ELECTROCHROMICS, INC., <br><br> Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> VIEW, INC., <br><br> Defendant-Counterclaimant. | Case No. 12-6441-JST <br><br> [~~PROPOSED~~] ORDER GRANTING VIEW, INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE A PORTION OF ITS SUPPLEMENTAL CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS UNDER SEAL |

Upon consideration of View, Inc.'s ("View's") Unopposed Administrative Motion to File a Portion of Its Supplemental Certification of Non-Party Interested Entities or Persons Under Seal

1

("Supplemental Certification"), View's Declaration in support thereof, and the parties' Stipulation pursuant to Civil L.R. 7-12, IT IS HEREBY ORDERED:

1. The identity of View's confidential third-party investor, disclosed in Paragraph 2 of View's Supplemental Certification, is information that is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(a); *see also* Jan. 29, 2013 Order Granting View, Inc.'s Unopposed Administrative Motion to File a Portion of Its Certification of Interested Entities or Persons Under Seal (Dkt. 28) ("Jan. 29, 2013 Order").

2. View has demonstrated good cause to seal Paragraph 2 of its Supplemental Certification, the portion disclosing the identity of View's confidential third-party investor. *See* Jan. 29, 2013 Order; *see also Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178-82 (9th Cir. 2006); *Link_A_Media Devices Corp. v. Marvell Semiconductor, Inc.*, No. 11-cv-00616 (JCS), Dkt. 8 (N.D. Cal. Feb. 14, 2011).

3. View's administrative request is GRANTED: View shall file Paragraph 2 of its Supplemental Certification under seal in accordance with this Order and General Order No. 62.

IT IS SO ORDERED.

Dated: 9/3/13

Judge Jon S. Tigar
UNITED STATES DISTRICT COURT