# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.**  C-12-006441- JST (DMR)

**CASE NAME:** SAGE ELECTROCHROMICS, INC. v. VIEW, INC.

**MAGISTRATE JUDGE DONNA M. RYU**          **COURTROOM DEPUTY**: LISA R. CLARK

**DATE**: September 4, 2013          **TIME: 30 minutes**          **COURT REPORTER**: <u>11:34-12:04</u>

| <u>COUNSEL FOR PLAINTIFF:</u> | <u>COUNSEL FOR DEFENDANT:</u> |
|---|---|
| Leigh H. Martinson | Keith L. Slenkovich |
| Sarah Chapin Columbia | Jon-Erik Magnus |
| Terry Ahearn | |

---

**PROCEEDINGS:**                                                                                              **RULING:**

**1. Defendant's Motion to Strike Infringement Contentions**          Submitted

**2. Plaintiff's Motion to Compel**          Submitted

_____

**ORDER TO BE PREPARED BY:**  () Plaintiff          () Defendant          (x) Court

**CASE CONTINUED TO:**                    at ____, for a Further Case Management Conference.

| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
|---|---|---|
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**  at ____ a.m. | **Pretrial Conference:** | at 1:30 p.m. |
| **Trial Date:**  at 8:30 a.m. ()Jury  ()Court | Set for ___ days | |

Court held oral argument on the motion to strike. Court told parties to meet and confer regarding the motion to compel and work out any problems they may have with the exchange.

**cc:**          **Chambers;**
* (T) = Telephonic Appearance