HIGHLY CONFIDENTIAL NON-TECHNICAL – ATTORNEYS' EYES ONLY

1  KEITH SLENKOVICH (SBN: 129793)
   JOSEPH F. HAAG (SBN: 248749)
2  RUSSELL TONKOVICH (SBN: 223280)
   TOBY MOCK (SBN: 265004)
3  CRYSTAL ROBERTS (SBN: 284622)
   WILMER CUTLER PICKERING
4      HALE AND DORR LLP
   950 Page Mill Road
5  Palo Alto, California 94304
   Tel. (650) 858-6000
6  Fax. (650) 858-6100
   Keith.Slenkovich@wilmerhale.com
7  Joseph.Haag@wilmerhale.com
   Russell.Tonkovich@wilmerhale.com
8  Tobias.Mock@wilmerhale.com
   Crystal.Roberts@wilmerhale.com
9
   WILLIAM F. LEE (*pro hac vice*)
10 WILMER CUTLER PICKERING
       HALE AND DORR LLP
11 60 State Street
   Boston, Massachusetts 02109
12 Tel. (617) 526-6000
   Fax. (617) 526-5000
13 William.Lee@wilmerhale.com

14 *Attorneys for Defendant-Counterclaimant
   View, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.,**<br><br>    Plaintiff-Counterclaim Defendant,<br><br>    v.<br><br>**VIEW, INC.,**<br><br>    Defendant-Counterclaimant. | Case No. 12-6441-JST<br><br>**DEFENDANT-COUNTERCLAIMANT VIEW, INC.'S SUPPLEMENTAL CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3–16** |

HIGHLY CONFIDENTIAL NON-TECHNICAL – ATTORNEYS' EYES ONLY

View, Inc. ("View") filed its initial Certification of Non-Party Interested Entities or Persons ("Certification") under Partial Seal on May 8, 2013.  Dkts. 42 and 43.  View supplemented its Certification on August 21, 2013.  Dkt. 70.  Pursuant to Civil L.R. 3-16, View hereby certifies that the additional listed persons, association of persons, firms, partnerships, corporations (including parent corporations) or other entities identified below (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Industrial Investor Group, Ltd.
2. ███████████

DATED:  August 30, 2013

WILMER CUTLER PICKERING
   HALE AND DORR LLP

By:   /s/ Toby Mock
        Toby Mock

*Attorneys for Defendant-Counterclaimant View, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document designated "HIGHLY CONFIDENTIAL NON-TECHNICAL – ATTORNEYS' EYES ONLY" has been served to all counsel of record by electronic mail, facsimile and/or overnight delivery to the addresses on record.

DATED:  August 30, 2013                             /s/ Toby Mock
                                                                         Toby Mock