Evan S. Nadel (SBN 213230)
ENadel@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Telephone: (415) 432-6016
Facsimile: (415) 432-6001

John A. Bauer (*Pro Hac Vice* application to be filed)
JABauer@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
666 Third Avenue
New York, New York 10017
Telephone: (212) 692-6795
Facsimile: (212) 983-3115

Attorneys for Proposed
Intervenor-Plaintiff
Leybold Optics, GmbH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGE ELECTROCHROMICS, INC., a New Jersey Corporation,<br><br>    Plaintiff Counterclaim-Defendant,<br>        v.<br><br>VIEW, INC., a Delaware Corporation,<br><br>    Defendant-Counterclaimant. | Case No. 3:12-cv-06441 (JST)<br><br>**LEYBOLD OPTICS GMBH'S CERTIFICATION AND DISCLOSURE OF NON-PARTY OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge: Hon. Jon S. Tigar<br>Ctrm.   9 — 19th Floor |

Pursuant to Civil Local Rule 3-16, and Fed. R. Civ. Proc. 7.1, the undersigned counsel of record for Proposed Intervenor Plaintiff Leybold Optics, GmbH ("Leybold Optics GmbH") certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding (including "any parent corporation and any publicly held

1

corporation owning 10% or more of its stock"), or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Leybold Optics GmbH is held 100% by Leybold Optics Verwaltungs GmbH, which in turn is held 100% by Bühler AG.

Dated: September 19, 2013                Respectfully submitted,

/s/ Evan S. Nadel
Evan S. Nadel (SBN 213230)
ENadel@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, California  94104
Telephone:     (415) 432-6016
Facsimile:      (415) 432-6001

John A. Bauer (*Pro Hac Vice* application to be filed)
JABauer@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
666 Third Avenue
New York, New York 10017
Telephone:     (212) 692-6795
Facsimile:      (212) 983-3115

Attorneys for Proposed Intervenor Plaintiff
Leybold Optics, GmbH