1 | Evan S. Nadel (SBN 213230)
ENadel@mintz.com
2 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor
3 | San Francisco, California 94104
Telephone: (415) 432-6016
4 | Facsimile: (415) 432-6001

5 | John A. Bauer (*Pro Hac Vice* application to be filed)
JABauer@mintz.com
6 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
666 Third Avenue
7 | New York, New York 10017
Telephone: (212) 692-6795
8 | Facsimile: (212) 983-3115

Attorneys for Proposed Intervenor-Plaintiff
Leybold Optics, GmbH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAGE ELECTROCHROMICS, INC., a New Jersey Corporation,<br><br>    Plaintiff Counterclaim-Defendant,<br>        v.<br><br>VIEW, INC., a Delaware Corporation,<br><br>    Defendant-Counterclaimant. | Case No. 3:12-cv-06441 (JST)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**<br><br>Judge: Hon. Jon S. Tigar<br><br>Hearing Date: October 31, 2013<br>Time: 2:00 p.m.<br>Ctrm. 9 — 19th Floor |

1   On October 30, 2013, at 2:00 p.m., the motion to intervene filed by Leybold Optics GmbH
2   ("Leybold"), pursuant to Rules 24(a)(2) and (b)(2) of the Federal Rules of Civil Procedure, came on
3   for hearing in this Court.  Counsel for Leybold and the parties appeared and presented oral
4   arguments at the hearing.  Having considered the submissions in support of and in opposition to the
5   motion, oral argument, and other pleadings and papers on file herein, the Court rules as follows:
6   Good cause appearing therefor, **IT IS HEREBY ORDERED** that Leybold's motion to
7   intervene is **GRANTED** and Leybold shall have leave to file its complaint in intervention.

Dated:  September 19, 2013

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE