1  TERRENCE P. MCMAHON (SBN:  71910)
   TERRY W. AHEARN (SBN:  216543)
2  McDERMOTT WILL & EMERY LLP
   275 Middlefield Road, Suite 100
3  Menlo Park, CA  94025-4004
   Telephone:     +1 650 815 7400
4  Facsimile:     +1 650 815 7401
   tmcmahon@mwe.com
5  tahearn@mwe.com

6  SARAH CHAPIN COLUMBIA (admitted *pro hac vice*)
   LEIGH MARTINSON (admitted *pro hac vice*)
7  HASAN M RASHID (admitted *pro hac vice*)
   McDERMOTT WILL & EMERY LLP
8  28 State Street
   Boston, Massachusetts 02109
9  Telephone:     (617) 535-4000
   Facsimile:     (617) 535-3800
10 scolumbia@mwe.com
   lmartinson@mwe.com
11 hrashid@mwe.com

12 Attorneys for Plaintiff and Counterclaim Defendant
   *SAGE Electrochromics, Inc*.

13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                      SAN FRANCISCO

17

| | |
|---|---|
| 18 **SAGE ELECTROCHROMICS, INC.,** a New Jersey Corporation, | CASE NO.  C 12-06441 JST (DMR) |
| 19 | **PLAINTIFF, COUNTERCLAIM DEFENDANT, SAGE** |
| 20       Plaintiff and Counterclaim Defendant, | **ELECTROCHROMICS, INC.'S STATEMENT OF NON-OPPOSITION** |
| 21    v. | **TO LEYBOLD OPTICS, GMBH'S MOTION TO INTERVENE PURSUANT** |
| 22 **VIEW, INC**., a Delaware Corporation, | **TO FRCP 24(A)(2) AND (B)(2)** |
| 23       Defendant and Counterclaimant. | |
| 24 | |

25

26

27

28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

Plaintiff and Counterclaim Defendant SAGE Electrochromics, Inc. does not oppose

Leybold Optics, GMBH's Notice of Motion and Motion to Intervene Pursuant to Fed. R. Civ. P.

24(a)(2) and (b)(2).


Dated:    September 19, 2013          McDERMOTT WILL & EMERY LLP


By: */s/ Terry W. Ahearn*
_____
     Terrence P. McMahon
     Terry W. Ahearn
     Sara D. Sunderland
     McDERMOTT WILL & EMERY LLP
     275 Middlefield Road, Suite 100
     Menlo Park, CA 94025
     Telephone: (650) 815-7400
     Facsimile: (650) 815-7401
     tmcmahon@mwe.com
     tahearn@mwe.com

     Sarah Chapin Columbia *(pro hac vice)*
     Leigh Martinson *(pro hac vice)*
     Hasan M. Rashid *(pro hac vice)*
     McDERMOTT WILL & EMERY LLP
     28 State Street
     Boston, MA 02109
     Telephone:(617) 535-4000
     Facsimile: (617) 535-3800
     scolumbia@mwe.com
     lmartinson@mwe.com
     hrashid@mwe.com

     Attorneys for Plaintiff
     SAGE ELECTROCHROMICS, INC.

DM_US 45065619-1.092184.0011

Statement of Non-opposition to Motion to
Intervene                          - 2 -                    CASE NO. C-12-06441 (JST)