KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
RUSSELL TONKOVICH (SBN: 223280)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING HALE
 AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Russell.Tonkovich@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

WILLIAM F. LEE (*pro hac vice*)
WILMER CUTLER PICKERING HALE
 AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax. (617) 526-5000
William.Lee@wilmerhale.com

*Attorneys for Defendant-Counterclaimant View, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAGE ELECTROCHROMICS, INC.,<br><br>Plaintiff–Counterclaim Defendant,<br><br>vs.<br><br>VIEW, INC.,<br><br>Defendant–Counterclaimant. | No. C-12-6441 (JST)<br><br>**DECLARATION OF TOBIAS MOCK IN SUPPORT OF VIEW, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS** |

I, Tobias Mock, hereby declare as follows:

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel of record for Defendant-Counterclaimant View, Inc. ("View") in the above-captioned matter. I am over the age of eighteen and have personal knowledge of and/or have confirmed or otherwise investigated and am competent to testify about the factual matters asserted herein.

2. I submit this declaration in support of View's Unopposed Motion for Leave to File Third Amended Answer, Affirmative Defenses, and Counterclaims to withdraw its counterclaims for patent infringement of U.S. Patent No. 8,432,603 (the "'603 patent").

3. Attached hereto as Exhibit A is a true and correct copy of View's proposed Third Amended Answer, Affirmative Defenses, and Counterclaims, which withdraws View's Seventh Counterclaim for infringement of the '603 patent.

4. On April 12 and 30, 2013, View requested in writing from Sage "documentation sufficient to show SAGE's confidential manufacturing process in order to allow for an evaluation of SAGE's infringement of the '603 patent." View indicated that based on publicly available information, it appeared that Sage's new manufacturing facility was infringing at least some claims of the '603 patent. Sage refused to provide any information in response to View's inquiry. On May 10, 2013, View sought leave to file a Second Amended Answer, Affirmative Defenses and Counterclaims to assert a supplemental counterclaim for patent infringement of the '603 patent. Dkt. 44. On May 29, 2013, the Court granted View's motion, Dkt. 54, and View filed its amended counterclaims. Dkt. 58. View served its Patent L.R. 3-1 Infringement Contentions for the '603 patent on June 12, 2013 and therein provided public information suggesting that Sage's new manufacturing facility was infringing at least some claims of the '603 patent, including a report submitted by Sage to the Department of Energy in connection with a grant application.

5. On July 8 and 31, 2013, Sage provided in sworn interrogatory responses information regarding its manufacturing processes pertaining to View's infringement claims for the '603 patent. The parties had follow-up correspondence to resolve questions raised by View

with respect to the interrogatory responses. View has reviewed this information and now wishes to withdraw its infringement claims against the '603 patent.

Executed this 27th day of September 2013, in Palo Alto, California.

_____
Tobias Mock