1  KEITH SLENKOVICH (SBN: 129793)
2  JOSEPH F. HAAG (SBN: 248749)
   RUSSELL TONKOVICH (SBN: 223280)
3  MATTHEW CHEN (SBN: 253712)
   TOBY MOCK (SBN: 265004)
4  CRYSTAL ROBERTS (SBN: 284622)
   WILMER CUTLER PICKERING HALE
5     AND DORR LLP
   950 Page Mill Road
6  Palo Alto, California 94304
7  Tel. (650) 858-6000
   Fax. (650) 858-6100
8  Keith.Slenkovich@wilmerhale.com
   Joseph.Haag@wilmerhale.com
9  Russell.Tonkovich@wilmerhale.com
   Matthew.Chen@wilmerhale.com
10 Tobias.Mock@wilmerhale.com
   Crystal.Roberts@wilmerhale.com
11
12 WILLIAM F. LEE (*pro hac vice*)
   WILMER CUTLER PICKERING HALE
13    AND DORR LLP
   60 State Street
14 Boston, Massachusetts 02109
   Tel. (617) 526-6000
15 Fax. (617) 526-5000
16 William.Lee@wilmerhale.com

17 *Attorneys for Defendant-Counterclaimant*
   *View, Inc.*
18
              **UNITED STATES DISTRICT COURT**
19       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                   **SAN FRANCISCO DIVISION**
20

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.**, | No. C-12-6441 (JST) |
| Plaintiff–Counterclaim Defendant, | |
| vs. | **[PROPOSED] ORDER GRANTING VIEW, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A THIRD AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS** |
| **VIEW, INC.**, | |
| Defendant–Counterclaimant. | |

1    Upon consideration of View, Inc.'s ("View's") Unopposed Motion for Leave to File a
2  Third Amended Answer, Affirmative Defenses and Counterclaims to withdraw its counterclaims
3  for patent infringement of U.S. Patent No. 8,432,603 (the "'603 patent"), View's request is
4  hereby GRANTED:
5    View shall file a Third Amended Answer, Affirmative Defenses, and Counterclaims,
6  withdrawing its counterclaims for patent infringement of the '603 patent.
7    IT IS SO ORDERED.

9  Dated: _____    _____
10                                    Judge Jon S. Tigar
                                      UNITED STATES DISTRICT COURT