TERRENCE P. MCMAHON (SBN:  71910)
TERRY W. AHEARN (SBN:  216543)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:      +1 650 815 7400
Facsimile:      +1 650 815 7401
tmcmahon@mwe.com
tahearn@mwe.com

SARAH CHAPIN COLUMBIA
(admitted *pro hac vice*)
LEIGH MARTINSON
(admitted *pro hac vice*)
HASAN M. RASHID
 (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, Massachusetts 02109
Telephone:      (617) 535-4000
Facsimile:      (617) 535-3800
scolumbia@mwe.com
lmartinson@mwe.com
hrashid@mwe.com

Attorneys for Plaintiff and Counterclaim Defendant
*SAGE Electrochromics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.,** a New Jersey Corporation,<br><br>                    Plaintiff and Counterclaim Defendant,<br><br>          v.<br><br>**VIEW, INC**., a Delaware Corporation,<br><br>                    Defendant and Counterclaimant. | CASE NO.  C 12-06441-JST (DMR)<br><br>**SAGE'S STATEMENT OF NON-OPPOSITION TO VIEW, INC.'S MOTION FOR LEAVE TO SERVE THIRD AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS** |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant, View, Inc. ("View") filed and served its Second Amended Answer and Counterclaims on May 29, 2013 (Dkt. No. 58) asserting, among other allegations, a Seventh Counterclaim for infringement by Plaintiff, SAGE Electrochromics, Inc. ("SAGE"), of U.S. Patent No. 8,432,603.  SAGE filed its Answer to Defendant and Counterclaimant View, Inc.'s Second Amended Counterclaims on June 12, 2013 (Dkt. No. 60).

SAGE served verified interrogatory responses and documents demonstrating its non-infringement of View's U.S. Patent No. 8, 432,603 on July 8 and 31, 2013.  As a result of SAGE's clear noninfringement of the '603 patent, SAGE sent View a Rule 11 letter and proposed motion on August 13, 2013.  On August 29, 2013, View responded to SAGE's Rule 11 letter seeking additional information.  SAGE sent additional information to View on September 3, 2013 further confirming its noninfringement of the '603 patent.  On September 6, 2013, View sent SAGE a draft amended answer and counterclaims dropping the '603 patent as well as a proposed stipulation regarding its amended answer.  Since then, the parties have been engaged in negotiations on the dismissal of View's allegations of infringement by SAGE of its '603 patent.

Having demonstrated through verified interrogatory responses and documents that it has not and does not infringe, either literally or by equivalents, the '603 patent, SAGE is entitled to judgment on the merits, and with prejudice, as to the allegations contained in View's Seventh Counterclaim for infringement by SAGE of the '603 patent.  View, however, refuses to agree to a stipulation for entry of judgment on the merits.

ACCORDINGLY, PLEASE TAKE NOTICE THAT SAGE does not oppose the Motion by Defendant and counter-claimant View, Inc. for Leave to Serve Third Amended Answer, Affirmative Defenses and Counterclaims.  However, SAGE will not withdraw its Fifth and Sixth Counterclaims for non-infringement and invalidity of the '603 patent.  Dkt. No. 60.  SAGE expressly reserves the right to bring, and will bring, a motion for summary judgment of non-infringement of the '603 patent, and will seek its fees and costs associated with said motion, in accordance with the schedule for dispositive motions to be set by the Court or by leave for good cause shown to bring it earlier.

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

Dated:  September 30, 2013        McDERMOTT WILL & EMERY LLP

By: _/s/ Terry W. Ahearn_
       Terry W. Ahearn
       McDERMOTT WILL & EMERY LLP
       275 Middlefield Road, Suite 100
       Menlo Park, CA 94025
       Telephone: (650) 815-7400
       Facsimile: (650) 815-7401
       tahearn@mwe.com

       Attorneys for Plaintiff
       *SAGE ELECTROCHROMICS, INC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system.

By: _/s/ Terry W. Ahearn_
       Terry W. Ahearn

DM_US 45387907-3.092184.0011

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK