| | |
|---|---|
| 1 | KEITH SLENKOVICH (SBN: 129793) |
| 2 | JOSEPH F. HAAG (SBN: 248749) |
|   | RUSSELL TONKOVICH (SBN: 223280) |
| 3 | MATTHEW CHEN (SBN: 253712) |
|   | TOBY MOCK (SBN: 265004) |
| 4 | CRYSTAL ROBERTS (SBN: 284622) |

KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
RUSSELL TONKOVICH (SBN: 223280)
MATTHEW CHEN (SBN: 253712)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Russell.Tonkovich@wilmerhale.com
Matthew.Chen@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

WILLIAM F. LEE (*pro hac vice*)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax. (617) 526-5000
William.Lee@wilmerhale.com

*Attorneys for Defendant-Counterclaimant View, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| **SAGE ELECTROCHROMICS, INC.**, | ) | |
|   | ) | No. C-12-6441 (JST) |
| Plaintiff–Counterclaim Defendant, | ) | |
|   | ) | |
| vs. | ) | **[PROPOSED] ORDER GRANTING VIEW,** |
|   | ) | **INC.'S UNOPPOSED MOTION FOR** |
| **VIEW, INC.**, | ) | **LEAVE TO FILE A THIRD AMENDED** |
|   | ) | **ANSWER, AFFIRMATIVE DEFENSES,** |
| Defendant–Counterclaimant. | ) | **AND COUNTERCLAIMS** |
|   | ) | |

---

[Proposed] Order Granting Motion for Leave to File a Third Amended Answer and Counterclaims
Case No. C-12-6441 JST

1   Upon consideration of View, Inc.'s ("View's") Unopposed Motion for Leave to File a
2   Third Amended Answer, Affirmative Defenses and Counterclaims to withdraw its counterclaims
3   for patent infringement of U.S. Patent No. 8,432,603 (the "'603 patent"), View's request is
4   hereby GRANTED:

5   View shall file a Third Amended Answer, Affirmative Defenses, and Counterclaims,
6   withdrawing its counterclaims for patent infringement of the '603 patent.

7   IT IS SO ORDERED.

9   Dated: October 1, 2013

   _____
   Judge Jon S. Tigar
   UNITED STATES DISTRICT COURT