| | |
|---|---|
| TERRENCE P. MCMAHON (SBN: 71910)<br>TERRY W. AHEARN (SBN: 216543)<br>McDERMOTT WILL & EMERY LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA  94025-4004<br>Telephone:    +1 650 815 7400<br>Facsimile:     +1 650 815 7401<br>tmcmahon@mwe.com<br>tahearn@mwe.com<br><br>SARAH CHAPIN COLUMBIA (admitted *pro hac vice*)<br>LEIGH MARTINSON (admitted *pro hac vice*)<br>HASAN M RASHID (admitted *pro hac vice*)<br>McDERMOTT WILL & EMERY LLP<br>28 State Street<br>Boston, Massachusetts 02109<br>Telephone:    (617) 535-4000<br>Facsimile:     (617) 535-3800<br>scolumbia@mwe.com<br>lmartinson@mwe.com<br>hrashid@mwe.com<br><br>Attorneys for Plaintiff and Counterclaim Defendant<br>*SAGE Electrochromics, Inc*. | KEITH SLENKOVICH (SBN: 129793)<br>JOSEPH F. HAAG (SBN: 248749)<br>RUSSELL TONKOVICH (SBN: 223280)<br>TOBY MOCK (SBN: 265004)<br>CRYSTAL ROBERTS (SBN: 284622)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Tel. (650) 858-6000<br>Fax. (650) 858-6100<br>Keith.Slenkovich@wilmerhale.com<br>Joseph.Haag@wilmerhale.com<br>Russell.Tonkovich@wilmerhale.com<br>Tobias.Mock@wilmerhale.com<br>Crystal.Roberts@wilmerhale.com<br><br>WILLIAM F. LEE (*pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Tel. (617) 526-6000<br>Fax. (617) 526-5000<br>William.Lee@wilmerhale.com<br><br>Attorneys for Defendant-Counterclaimant *View, Inc*. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.,** a New Jersey Corporation,<br><br>             Plaintiff and Counterclaim Defendant,<br><br>   v.<br><br>**VIEW, INC**., a Delaware Corporation,<br><br>             Defendant and Counterclaimant. | CASE NO.  C 12-06441 (JST)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO COMPLETE COURT-APPOINTED MEDIATION** |

1     Plaintiff and Counterclaim Defendant, SAGE Electrochromics, Inc. ("SAGE"), and Defendant and Counterclaimant, View, Inc. ("View"), by and through their respective undersigned counsel, respectfully submit this Joint Stipulation and [Proposed] Order to extend the deadline for the parties to complete Court-appointed mediation.

    WHEREAS, on May 29, 2013, the Court issued a Scheduling Order through claim construction in this matter. Dkt. No. 57. The Scheduling Order entered by the Court originally required the parties to complete Court-appointed mediation by October 15, 2013. Dkt. No. 57.

    WHEREAS, on September 20, 2013, the Court reset the mediation date to November 5, 2013. *See* Docket Text Entry of 09/20/13.

    WHEREAS, on October 11, 2013, the court appointed mediator Mr. Isbester informed the parties that a conflict had come up on November 5. Mr. Isbester proposed the mediation be rescheduled to November 11, 12 or 13. On October 15, 2013, the parties confirmed to Mr. Isbester their availability for mediation on November 11, 2013. On October 22, 2013, the ADR Program Case Administrator, Claudia Forehand, informed Mr. Isbester and counsel for the parties that a joint stipulation needed to be filed by the parties extending the mediation deadline to November 11, 2013.

    WHEREAS, on October 22, 2013, the Court reset the mediation date to November 11, 2013. *See* Docket Text Entry of 10/22/13.

    WHEREAS, the parties do not anticipate that the requested extension will require any further adjustments to the current Scheduling Order.

    NOW THEREFORE, the parties jointly agree and stipulate that good cause exists for the Court to order as follows:

    1.    The deadline to complete Court-appointed mediation is amended to extend the deadline to complete mediation to November 11, 2013.

    2.    All other deadlines contained in the Court's May 29, 2013 Scheduling Order remain unchanged.

Dated: October 23, 2013 RESPECTFULLY SUBMITTED,

By: */s/ Terry W. Ahearn*
Terrence P. McMahon
Terry W. Ahearn
Sara D. Sunderland
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 815-7400
Facsimile: (650) 815-7401
tmcmahon@mwe.com
tahearn@mwe.com

Sarah Chapin Columbia *(pro hac vice)*
Leigh Martinson *(pro hac vice)*
Hasan M. Rashid *(pro hac vice)*
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Telephone:(617) 535-4000
Facsimile: (617) 535-3800
scolumbia@mwe.com
lmartinson@mwe.com
hrashid@mwe.com

Attorneys for Plaintiff
*SAGE ELECTROCHROMICS, INC.*

Dated: October 23, 2013

By: */s/ Tobias Mock*
    Keith Slenkovich
    Joseph F. Haag
    Russell Tonkovich
    Toby Mock
    Crystal Roberts
    WILMER CUTLER PICKERING
    HALE AND DORR LLP
    950 Page Mill Road
    Palo Alto, California 94304
    Tel. (650) 858-6000
    Fax. (650) 858-6100
    Keith.Slenkovich@wilmerhale.com
    Joseph.Haag@wilmerhale.com
    Russell.Tonkovich@wilmerhale.com
    Tobias.Mock@wilmerhale.com
    Crystal.Roberts@wilmerhale.com

    William F. Lee (*pro hac vice*)
    WILMER CUTLER PICKERING
    HALE AND DORR LLP
    60 State Street
    Boston, Massachusetts 02109
    Tel. (617) 526-6000
    Fax. (617) 526-5000
    William.Lee@wilmerhale.com

    Attorneys for Defendant
    *VIEW, INC.*

SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Date:  October 23, 2013          */s/ Terry W. Ahearn*
                                 Terry W. Ahearn

### **[PROPOSED] ORDER**

Based upon the above Stipulation and on the grounds set forth therein, it is hereby ORDERED, ADJUDGED, AND DECREED:

1. The deadline to complete Court-appointed mediation is amended to extend the deadline to complete mediation to November 11, 2013.

2. All other deadlines contained in the Court's May 29, 2013 Scheduling Order remain unchanged.

Date: _____

Honorable Judge Jon S. Tigar
United States District Judge

DM_US 45065068-4.092184.0011

Joint Stipulation re: Mediation Date                                          CASE NO. C-12-06441 (JST)