| | |
|---|---|
| TERRENCE P. MCMAHON (SBN: 71910)<br>TERRY W. AHEARN (SBN: 216543)<br>McDERMOTT WILL & EMERY LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA  94025-4004<br>Telephone:     +1 650 815 7400<br>Facsimile:      +1 650 815 7401<br>tmcmahon@mwe.com<br>tahearn@mwe.com<br><br>SARAH CHAPIN COLUMBIA (admitted *pro hac vice*)<br>LEIGH MARTINSON (admitted *pro hac vice*)<br>HASAN M RASHID (admitted *pro hac vice*)<br>McDERMOTT WILL & EMERY LLP<br>28 State Street<br>Boston, Massachusetts 02109<br>Telephone:     (617) 535-4000<br>Facsimile:     (617) 535-3800<br>scolumbia@mwe.com<br>lmartinson@mwe.com<br>hrashid@mwe.com<br><br>Attorneys for Plaintiff and Counterclaim Defendant<br>*SAGE Electrochromics, Inc*. | KEITH SLENKOVICH (SBN: 129793)<br>JOSEPH F. HAAG (SBN: 248749)<br>RUSSELL TONKOVICH (SBN: 223280)<br>TOBY MOCK (SBN: 265004)<br>CRYSTAL ROBERTS (SBN: 284622)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Tel. (650) 858-6000<br>Fax. (650) 858-6100<br>Keith.Slenkovich@wilmerhale.com<br>Joseph.Haag@wilmerhale.com<br>Russell.Tonkovich@wilmerhale.com<br>Tobias.Mock@wilmerhale.com<br>Crystal.Roberts@wilmerhale.com<br><br>WILLIAM F. LEE (*pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Tel. (617) 526-6000<br>Fax. (617) 526-5000<br>William.Lee@wilmerhale.com<br><br>Attorneys for Defendant-Counterclaimant *View, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.,** a New Jersey Corporation,<br><br>           Plaintiff and Counterclaim Defendant,<br><br>     v.<br><br>**VIEW, INC**., a Delaware Corporation,<br><br>           Defendant and Counterclaimant. | CASE NO.  C 12-06441 (JST)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO COMPLETE COURT-APPOINTED MEDIATION** |

1    Plaintiff and Counterclaim Defendant, SAGE Electrochromics, Inc. ("SAGE"), and
2 Defendant and Counterclaimant, View, Inc. ("View"), by and through their respective
3 undersigned counsel, respectfully submit this Joint Stipulation and [Proposed] Order to extend the
4 deadline for the parties to complete Court-appointed mediation.

5    WHEREAS, on May 29, 2013, the Court issued a Scheduling Order through claim
6 construction in this matter. Dkt. No. 57. The Scheduling Order entered by the Court originally
7 required the parties to complete Court-appointed mediation by October 15, 2013. Dkt. No. 57.

8    WHEREAS, on September 20, 2013, the Court reset the mediation date to November 5,
9 2013. *See* Docket Text Entry of 09/20/13.

10    WHEREAS, on October 11, 2013, the court appointed mediator Mr. Isbester informed the
11 parties that a conflict had come up on November 5. Mr. Isbester proposed the mediation be
12 rescheduled to November 11, 12 or 13. On October 15, 2013, the parties confirmed to Mr.
13 Isbester their availability for mediation on November 11, 2013. On October 22, 2013, the ADR
14 Program Case Administrator, Claudia Forehand, informed Mr. Isbester and counsel for the parties
15 that a joint stipulation needed to be filed by the parties extending the mediation deadline to
16 November 11, 2013.

17    WHEREAS, on October 22, 2013, the Court reset the mediation date to November 11,
18 2013. *See* Docket Text Entry of 10/22/13.

19    WHEREAS, the parties do not anticipate that the requested extension will require any
20 further adjustments to the current Scheduling Order.

21    NOW THEREFORE, the parties jointly agree and stipulate that good cause exists for the
22 Court to order as follows:

23    1.    The deadline to complete Court-appointed mediation is amended to extend the
24 deadline to complete mediation to November 11, 2013.

25    2.    All other deadlines contained in the Court's May 29, 2013 Scheduling Order
26 remain unchanged.

27
28

Joint Stipulation re: Mediation Date      - 2 -      CASE NO. C-12-06441 (JST)

| | |
|---|---|
| Dated: October 23, 2013 | RESPECTFULLY SUBMITTED, |
| | By: */s/ Terry W. Ahearn* |
| | Terrence P. McMahon |
| | Terry W. Ahearn |
| | Sara D. Sunderland |
| | McDERMOTT WILL & EMERY LLP |
| | 275 Middlefield Road, Suite 100 |
| | Menlo Park, CA 94025 |
| | Telephone: (650) 815-7400 |
| | Facsimile: (650) 815-7401 |
| | tmcmahon@mwe.com |
| | tahearn@mwe.com |
| | |
| | Sarah Chapin Columbia *(pro hac vice)* |
| | Leigh Martinson *(pro hac vice)* |
| | Hasan M. Rashid *(pro hac vice)* |
| | McDERMOTT WILL & EMERY LLP |
| | 28 State Street |
| | Boston, MA 02109 |
| | Telephone:(617) 535-4000 |
| | Facsimile: (617) 535-3800 |
| | scolumbia@mwe.com |
| | lmartinson@mwe.com |
| | hrashid@mwe.com |
| | |
| | Attorneys for Plaintiff |
| | *SAGE ELECTROCHROMICS, INC.* |

Joint Stipulation re: Mediation Date — - 3 - — CASE NO. C-12-06441 (JST)

Dated: October 23, 2013

By: */s/ Tobias Mock*
Keith Slenkovich
Joseph F. Haag
Russell Tonkovich
Toby Mock
Crystal Roberts
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Russell.Tonkovich@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

William F. Lee (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax. (617) 526-5000
William.Lee@wilmerhale.com

Attorneys for Defendant
*VIEW, INC.*

SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Date: October 23, 2013        */s/ Terry W. Ahearn*
Terry W. Ahearn

**[PROPOSED] ORDER**

Based upon the above Stipulation and on the grounds set forth therein, it is hereby ORDERED, ADJUDGED, AND DECREED:

1. The deadline to complete Court-appointed mediation is amended to extend the deadline to complete mediation to November 11, 2013.

2. All other deadlines contained in the Court's May 29, 2013 Scheduling Order remain unchanged.

Date: October 23, 2013

_____
Honorable Judge Jon S. Tigar
United States District Judge