# WILMERHALE

**Electronically Filed**

Tobias Mock

+1 650 858 6014 (t)
+1 650 858 6100 (f)
tobias.mock@wilmerhale.com

October 25, 2013

The Honorable Jon S. Tigar
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 9, 19th Floor
San Francisco, CA 94102

Re: *Sage Electrochromics, Inc. v. View, Inc.*, Case No. 3:12-cv-06441 (JST)
    **Leybold Optics, GmbH's Motion to Intervene**

Dear Judge Tigar:

Pursuant to the Court's October 23, 2013 Order Vacating Motion Hearing, Dkt. 98, I write to notify the Court that, should the court decide to set oral argument for this matter, I will conduct most, if not all, of the argument on behalf of Defendant-Counterclaimant View, Inc. ("View") in opposition to Leybold Optics, GmbH's ("Leybold") Motion to Intervene. Dkt. 85. Consistent with the Court's Order, I have been licensed to practice law for less than four years and have not previously presented argument before this Court.

Counsel for View and Sage Electrochromics, Inc. are available to attend a hearing on either October 31, November 7, or November 14, 2013. Counsel for Leybold indicated he will follow-up with the Court regarding Leybold's availability for a hearing.

Sincerely,

Tobias Mock