# MINTZ LEVIN

44 Montgomery Street
36th Floor
San Francisco, California 94104
415-432-6000
415-432-6001 fax
www.mintz.com

Evan Nadel | 415 432 6016 | enadel@mintz.com

**Electronically Filed**

October 28, 2013

The Honorable Jon S. Tigar
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 9, 19th Floor
San Francisco, CA 94102

Re:   Sage Electrochromics, Inc. v. View, Inc., Case No. 3:12-cv-06441 (JST)
      Leybold Optics, GmbH's Motion to Intervene

Dear Judge Tigar:

We have reviewed the letter submission from counsel for defendant View requesting a hearing on Leybold's motion for intervention on October 31. Counsel for Leybold are available on that date and amenable to a hearing at 2:00 on October 31, the time originally scheduled for the hearing of this motion.

Very truly yours,

Evan Nadel