# MINTZ LEVIN

**Evan Nadel** | 415 432 6016 | enadel@mintz.com

44 Montgomery Street
36th Floor
San Francisco, California  94104
415-432-6000
415-432-6001 fax
www.mintz.com

**Electronically Filed**

October 29, 2013

The Honorable Jon S. Tigar
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 9, 19th Floor
San Francisco, CA 94102

Re:   Sage Electrochromics, Inc. v. View, Inc., Case No. 3:12-cv-06441 (JST)
      Leybold Optics, GmbH's Motion to Intervene

Dear Judge Tigar:

      We understand that the hearing on Leybold's motion for intervention will not take place this Thursday, October 31.  We are writing to inform the Court that counsel for Leybold and for the parties are all available on November 7, 2013, at 2:00 p.m. for the hearing of this motion.

Very truly yours,

Evan Nadel

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | LONDON | LOS ANGELES | NEW YORK | SAN DIEGO | SAN FRANCISCO | STAMFORD | WASHINGTON