1  KEITH SLENKOVICH (SBN: 129793)
   JOSEPH F. HAAG (SBN: 248749)
2  RUSSELL TONKOVICH (SBN: 223280)
   TOBY MOCK (SBN: 265004)
3  CRYSTAL ROBERTS (SBN: 284622)
   WILMER CUTLER PICKERING HALE
4      AND DORR LLP
   950 Page Mill Road
5  Palo Alto, California 94304
   Tel. (650) 858-6000
6  Fax. (650) 858-6100
   Keith.Slenkovich@wilmerhale.com
7  Joseph.Haag@wilmerhale.com
   Russell.Tonkovich@wilmerhale.com
8  Tobias.Mock@wilmerhale.com
   Crystal.Roberts@wilmerhale.com
9

10 WILLIAM F. LEE (*pro hac vice*)
   WILMER CUTLER PICKERING HALE
11     AND DORR LLP
   60 State Street
12 Boston, Massachusetts 02109
   Tel. (617) 526-6000
13 Fax. (617) 526-5000
   William.Lee@wilmerhale.com
14

15 *Attorneys for Defendant-Counterclaimant View, Inc.*

16                     **UNITED STATES DISTRICT COURT**

17                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18                            **SAN FRANCISCO DIVISION**

19

20 **SAGE ELECTROCHROMICS, INC.**,            )
                                              )  No. C-12-6441 (JST)
21      Plaintiff-Counterclaim Defendant,     )
                                              )
22      vs.                                   )  **STIPULATION EXTENDING TIME FOR**
                                              )  **DEFENDANT-COUNTERCLAIMANT**
23 **VIEW, INC.**,                            )  **VIEW, INC. TO RESPOND TO SAGE'S**
                                              )  **COUNTERCLAIMS**
24                                            )
        Defendant-Counterclaimant.            )
25                                            )
                                              )
26

27

28

Plaintiff-Counterclaim Defendant SAGE Electrochromics, Inc. ("SAGE"), and Defendant-Counterclaimant View, Inc. ("View"), through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS SAGE filed counterclaims in the above-captioned case on October 21, 2013, ECF No. 96 ("Counterclaims");

WHEREAS SAGE and View have been engaged in discussions that, if successful, may obviate a motion to dismiss certain of the asserted Counterclaims;

WHEREAS the parties have agreed to extend the deadline for View to respond to the Counterclaims from November 15, 2013 until December 2, 2013 to complete these discussions, and whereas such extension would not alter the date of any event or any deadline already fixed by Court order;

WHEREAS this stipulation does not constitute a waiver by View of any defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction, improper venue, insufficient process, insufficient service of process, failure to state a claim upon which relief can be granted, failure to join a party under Fed. R. Civ. P. 19, statute of limitations, or of any other defense.

NOW THEREFORE, pursuant to Rule 6-1(a) of the Local Civil Rules of the United States District Court for the Northern District of California, SAGE and View, by and through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

The deadline for View to respond to the Counterclaims in the above-captioned case shall be extended until December 2, 2013.

IT IS SO STIPULATED.

DATED:  November 14, 2013                    WILMER CUTLER PICKERING HALE
                   AND DORR LLP

                By:  /s/
                  Keith Slenkovich

*Attorneys for Defendant-Counterclaimant View, Inc.*

DATED:  November 14, 2013                    MCDERMOTT, WILL & EMERY LLP

                By:  /s/
                  Terry Ahearn

*Attorneys for Plaintiff-Counterclaim Defendant SAGE Electrochromics, Inc.*

### SIGNATURE ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from Plaintiff-Counterclaim Defendant SAGE Electrochromics, Inc.  I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 14th day of November, 2013, at Palo Alto, California.

                WILMER CUTLER PICKERING
                HALE AND DORR LLP

                /s/
                Keith Slenkovich

*Attorneys for Defendant-Counterclaimant View, Inc.*