UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGE ELECTROCHROMICS, INC., <br>     Plaintiff, <br> v. <br> VIEW, INC., <br>     Defendant. | Case No. 12-cv-06441-JST <br><br> **ORDER ADVISING PARTIES OF COURT'S TENTATIVE ORDER** <br><br> Re: ECF No. 85 |

The Court has prepared a tentative order in response to Leybold's motion to intervene, which is noticed for hearing on November 21. The tentative order is attached at Exhibit A. The tentative order has been issued solely to prepare counsel for oral argument. *The tentative order does not constitute an opinion of the Court and should not be published or cited for any purpose.*

Dated: November 19, 2013



JON S. TIGAR
United States District Judge