# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date: November 21, 2013                                          Judge:  Jon S. Tigar

Time: 19 minutes (2:31-2:50 p.m.)

Case No.        **3:12-cv-06441-JST**
Case Name       **Sage Electrochromics, Inc. v. View, Inc.**

Attorneys for Plaintiffs:    Terry W. Ahearn (for Sage Electrochromics, Inc.)
                             John A. Bauer; Evan Nadel (for Leybold Optics, GmbH)

Attorney for Defendant:    Tobias W Mock

Deputy Clerk:  William Noble                          Court Reporter:  Belle Ball

### PROCEEDINGS

Leybold Optics, GmbH's Motion to Intervene Pursuant to Fed. R. Civ. P. 24(A)(2) and (B)(2) (docket 85)

### RESULT OF HEARING

Motion hearing held.  Motion taken under submission.

1