KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
RUSSELL TONKOVICH (SBN: 223280)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING HALE
    AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Russell.Tonkovich@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

WILLIAM F. LEE (*pro hac vice*)
WILMER CUTLER PICKERING HALE
    AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax. (617) 526-5000
William.Lee@wilmerhale.com

*Attorneys for Defendant-Counterclaimant View, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.**, <br><br>    Plaintiff–Counterclaim Defendant, <br><br>         vs. <br><br> **VIEW, INC.**, <br><br>    Defendant–Counterclaimant. | No. C-12-6441 (JST) <br><br> **DECLARATION OF TOBIAS MOCK IN SUPPORT OF VIEW, INC.'S CLAIM CONSTRUCTION OPENING BRIEF** |

I, Tobias Mock, hereby declare as follows:

1.   I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel of record for Defendant-Counterclaimant View, Inc. ("View") in the above-captioned matter.  I am over the age of eighteen and have personal knowledge of and/or have confirmed or otherwise investigated and am competent to testify about the factual matters asserted herein.

2.   Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 8,243,357 ('357 Patent).

3.   Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 5,351,851 ('851 Patent).

Executed this 21st day of November, 2013, in Palo Alto, California.

                                         /s/ Tobias Mock
                                         Tobias Mock