KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
RUSSELL TONKOVICH (SBN: 223280)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING HALE
    AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Russell.Tonkovich@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

WILLIAM F. LEE (*pro hac vice*)
WILMER CUTLER PICKERING HALE
    AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax. (617) 526-5000
William.Lee@wilmerhale.com

*Attorneys for Defendant-Counterclaimant View, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.**, <br><br> Plaintiff-Counterclaim Defendant, <br><br> vs. <br><br> **VIEW, INC.**, <br><br> Defendant-Counterclaimant. | No. C-12-6441 (JST) <br><br> **STIPULATION EXTENDING TIME FOR DEFENDANT-COUNTERCLAIMANT VIEW, INC. TO RESPOND TO SAGE'S COUNTERCLAIMS** |

1  Plaintiff-Counterclaim Defendant SAGE Electrochromics, Inc. ("SAGE"), and
2  Defendant-Counterclaimant View, Inc. ("View"), through their undersigned counsel, hereby
3  agree and stipulate as follows:
4  WHEREAS SAGE filed counterclaims in the above-captioned case on October 21, 2013,
5  ECF No. 96 ("Counterclaims");
6  WHEREAS SAGE and View have been engaged in discussions that, if successful, may
7  obviate a motion to dismiss certain of the asserted Counterclaims;
8  WHEREAS the parties previously agreed and stipulated to extend the deadline for View
9  to respond to the Counterclaims from November 15, 2013 until December 2, 2013 to complete
10 these discussions, ECF No. 104, and whereas such extension did not alter the date of any event
11 or any deadline already fixed by Court order;
12 WHEREAS because the foregoing discussions remain ongoing, the parties have agreed to
13 further extend the deadline for View to respond to the Counterclaims from December 2, 2013
14 until December 9, 2013 to complete these discussions, and whereas such extension would not
15 alter the date of any event or any deadline already fixed by Court order;
16 WHEREAS this stipulation does not constitute a waiver by View of any defense,
17 including but not limited to the defenses of lack of personal or subject matter jurisdiction,
18 improper venue, insufficient process, insufficient service of process, failure to state a claim upon
19 which relief can be granted, failure to join a party under Fed. R. Civ. P. 19, statute of limitations,
20 or of any other defense.
21 NOW THEREFORE, pursuant to Rule 6-1(a) of the Local Civil Rules of the United
22 States District Court for the Northern District of California, SAGE and View, by and through
23 their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:
24 The deadline for View to respond to the Counterclaims in the above-captioned case shall
25 be extended until December 9, 2013.
26 IT IS SO STIPULATED.
27
28

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

DATED:  November 26, 2013                WILMER CUTLER PICKERING HALE
                                          AND DORR LLP

                                         By:  ___/s/_____
                                              Keith Slenkovich

                                         *Attorneys for Defendant-Counterclaimant
                                         View, Inc.*

DATED:  November 26, 2013                MCDERMOTT, WILL & EMERY LLP

                                         By:  ___/s/_____
                                              Terry Ahearn

                                         *Attorneys for Plaintiff-Counterclaim Defendant
                                         SAGE Electrochromics, Inc.*

## SIGNATURE ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from Plaintiff-Counterclaim Defendant SAGE Electrochromics, Inc.  I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 26th day of November, 2013, at Palo Alto, California.

                                         WILMER CUTLER PICKERING
                                         HALE AND DORR LLP


                                         /s/_____
                                         Keith Slenkovich

                                         *Attorneys for Defendant-Counterclaimant
                                         View, Inc.*