KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
RUSSELL TONKOVICH (SBN: 223280)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Russell.Tonkovich@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

WILLIAM F. LEE (*pro hac vice*)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax. (617) 526-5000
William.Lee@wilmerhale.com

*Attorneys for Defendant-Counterclaimant View, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.**, <br><br>    Plaintiff-Counterclaim Defendant, <br><br>    vs. <br><br>**VIEW, INC.**, <br><br>    Defendant-Counterclaimant. | No. C-12-6441 (JST) <br><br> **STIPULATION EXTENDING TIME FOR DEFENDANT-COUNTERCLAIMANT VIEW, INC. TO RESPOND TO SAGE'S COUNTERCLAIMS** |

Plaintiff-Counterclaim Defendant SAGE Electrochromics, Inc. ("SAGE"), and Defendant-Counterclaimant View, Inc. ("View"), through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS SAGE filed counterclaims in the above-captioned case on October 21, 2013, ECF No. 96 ("Counterclaims");

WHEREAS SAGE and View have been engaged in discussions that, if successful, may obviate a motion to dismiss certain of the asserted Counterclaims;

WHEREAS the parties previously agreed and stipulated to extend the deadline for View to respond to the Counterclaims from November 15, 2013 until December 9, 2013 to complete these discussions, ECF Nos. 104 and 111, and whereas such extension did not alter the date of any event or any deadline already fixed by Court order;

WHEREAS the parties hereby agree to further extend the deadline for View to respond to the Counterclaims from December 9, 2013 until December 23, 2013 to complete these discussions, and whereas such extension would not alter any event of any deadline already fixed by Court order.

AND WHEREAS this stipulation does not constitute a waiver by View of any defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction, improper venue, insufficient process, insufficient service of process, failure to state a claim upon which relief can be granted, failure to join a party under Fed. R. Civ. P. 19, statute of limitations, or of any other defense.

NOW THEREFORE, pursuant to Rule 6-1(a) of the Local Civil Rules of the United States District Court for the Northern District of California, SAGE and View, by and through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

The deadline for View to respond to the Counterclaims in the above-captioned case shall be extended until December 23, 2013.

IT IS SO STIPULATED.

Civil L.R. 6-1(a) Stipulation
Case No. C-12-6441 (JST)

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 6, 2013 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 3 | | |
| 4 | | By: ___/s/_____<br>Keith Slenkovich |
| 5 | | *Attorneys for Defendant-Counterclaimant View, Inc.* |

DATED:  December 6, 2013            MCDERMOTT, WILL & EMERY LLP

By: ___/s/_____
    Terry Ahearn

*Attorneys for Plaintiff-Counterclaim Defendant SAGE Electrochromics, Inc.*

## SIGNATURE ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from Plaintiff-Counterclaim Defendant SAGE Electrochromics, Inc. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 6th day of December, 2013, at Palo Alto, California.

WILMER CUTLER PICKERING
HALE AND DORR LLP

___/s/_____
Keith Slenkovich

*Attorneys for Defendant-Counterclaimant View, Inc.*