1
2
3
4                        UNITED STATES DISTRICT COURT
5                         Northern District of California
6   Sage Electrochromics, Inc.,              No. C 12-06441 JST MED
7              Plaintiff(s),                 Certification of ADR Session
8   v.
9   View, Inc.,
             Defendant(s).
10  *Instructions:* The neutral shall submit this Certification to the ADR unit within 14
11  days after completing an ADR Session even if the ADR process continues. The
12  ADR unit will file the Certification, so do not make ANY additional comments on
13  this page - simply fill in the blanks and check the appropriate boxes.
14  1    I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session
15       on (date) _November 11, 2013_
16  2.   Did the case settle?
         ☐ Yes, fully.
17       ☐ Yes, partially, and further facilitated discussions are expected. (see no. 3, below)
18       ☐ Yes, partially, and further facilitated discussions are *not* expected.
19       ☒ No, and further facilitated discussions are expected. (see no. 3, below)
20       ☐ No, and further facilitated discussions are *not* expected.
21  3.   If further facilitated discussions are expected, by what date will you check in
22       with the parties? _Dec 31, 2013_
23  4.   IS THIS ADR PROCESS COMPLETE?   ☐ YES        ☒ NO
24
25  Dated: _Dec 11, 2013_            _James Isbester_
                                     **Mediator**, A. James Isbester
26                                   Kilpatrick, Townsend & Stockton, LLP
                                     Two Embarcadero Center, 8th Floor
27                                   San Francisco, CA 94111-3834
28

United States District Court
Northern District of California