KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
RUSSELL TONKOVICH (SBN: 223280)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Russell.Tonkovich@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

WILLIAM F. LEE (*pro hac vice*)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax. (617) 526-5000
William.Lee@wilmerhale.com

*Attorneys for Defendant-Counterclaimant View, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.**, <br><br> Plaintiff-Counterclaim Defendant, <br><br> vs. <br><br> **VIEW, INC.**, <br><br> Defendant-Counterclaimant. | No. C-12-6441 (JST) <br><br> **STIPULATION EXTENDING TIME FOR DEFENDANT-COUNTERCLAIMANT VIEW, INC. TO RESPOND TO SAGE'S COUNTERCLAIMS** |

1   Plaintiff-Counterclaim Defendant SAGE Electrochromics, Inc. ("SAGE"), and
2   Defendant-Counterclaimant View, Inc. ("View"), through their undersigned counsel, hereby
3   agree and stipulate as follows:
4   WHEREAS SAGE filed counterclaims in the above-captioned case on October 21, 2013,
5   ECF No. 96 ("Counterclaims");
6   WHEREAS SAGE and View have been engaged in discussions that, if successful, may
7   obviate a motion to dismiss certain of the asserted Counterclaims;
8   WHEREAS the parties previously agreed and stipulated to extend the deadline for View
9   to respond to the Counterclaims from November 15, 2013 until December 23, 2013 to complete
10  these discussions, ECF Nos. 104, 111, and 112 and whereas such extension did not alter the date
11  of any event or any deadline already fixed by Court order;
12  WHEREAS the parties hereby agree to further extend the deadline for View to respond to
13  the Counterclaims from December 23, 2013 until January 10, 2014 to complete these
14  discussions, and whereas such extension would not alter any event of any deadline already fixed
15  by Court order;
16  AND WHEREAS this stipulation does not constitute a waiver by View of any defense,
17  including but not limited to the defenses of lack of personal or subject matter jurisdiction,
18  improper venue, insufficient process, insufficient service of process, failure to state a claim upon
19  which relief can be granted, failure to join a party under Fed. R. Civ. P. 19, statute of limitations,
20  or of any other defense.
21  NOW THEREFORE, pursuant to Rule 6-1(a) of the Local Civil Rules of the United
22  States District Court for the Northern District of California, SAGE and View, by and through
23  their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:
24  The deadline for View to respond to the Counterclaims in the above-captioned case shall
25  be extended until January 10, 2014.
26  IT IS SO STIPULATED.
27
28

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

DATED:  December 20, 2013           WILMER CUTLER PICKERING HALE
                                      AND DORR LLP

                                    By:  ____/s/_____
                                           Keith Slenkovich

                                    *Attorneys for Defendant-Counterclaimant
                                    View, Inc.*

DATED:  December 20, 2013           MCDERMOTT, WILL & EMERY LLP

                                    By:  ____/s/_____
                                           Terry Ahearn

                                    *Attorneys for Plaintiff-Counterclaim Defendant
                                    SAGE Electrochromics, Inc.*

### SIGNATURE ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from Plaintiff-Counterclaim Defendant SAGE Electrochromics, Inc.  I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 20th day of December, 2013, at Palo Alto, California.

                                    WILMER CUTLER PICKERING
                                    HALE AND DORR LLP

                                    ____/s/_____
                                    Keith Slenkovich

                                    *Attorneys for Defendant-Counterclaimant
                                    View, Inc.*