KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
RUSSELL TONKOVICH (SBN: 223280)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Russell.Tonkovich@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

*Additional counsel noticed below*

*Attorneys for Defendant-Counterclaimant View, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAGE ELECTROCHROMICS, INC., a New Jersey Corporation, <br><br> Plaintiff–Counterclaim Defendant, <br><br> v. <br><br> VIEW, INC., a Delaware Corporation <br><br> Defendant–Counterclaimant. <br><br> LEYBOLD OPTICS, GMBH, a German Company <br><br> Intervenor–Plaintiff <br><br> v. <br><br> VIEW, INC., a Delaware Corporation <br><br> Defendant. | **Case No. C-12-6441 (JST)** <br><br> **DEFENDANT VIEW, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO INTERVENOR-PLAINTIFF LEYBOLD OPTICS, GMBH'S COMPLAINT IN INTERVENTION** <br><br> **DEMAND FOR JURY TRIAL** |

# ANSWER

Defendant View, Inc. ("View"), by and through its undersigned counsel, hereby answers the Complaint in Intervention ("Complaint") brought by Intervenor-Plaintiff Leybold Optics, GmbH ("Leybold") as follows, with each paragraph of the answer below responding to the corresponding numbered or lettered paragraph of the Complaint:

## PARTIES

1. View lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 of the Complaint, and denies them on that basis.

2. View lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2 of the Complaint, and denies them on that basis.

3. Admitted.

## JURISDICTION AND VENUE

4. View admits that the Complaint purports to state a cause of action under the patent laws of the United States, Title 35 of the United States Code, and purports to have invoked this Court's subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a). View denies the remaining allegations of paragraph 4 of the Complaint.

5. Admitted.

6. View admits, for purposes of this action only, that the Court has personal jurisdiction over View by virtue of View's counterclaims against Plaintiff-Counterclaim Defendant SAGE Electrochromics, Inc. ("SAGE"). View denies the remaining allegations of paragraph 6 of the Complaint.

7. View admits, for purposes of this action only, that venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400(b).

## BACKGROUND

8. View admits that, upon information and belief, Leybold develops, manufactures, and supplies high-volume manufacturing ("HVM") equipment and systems for the coating of

glass. View lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 8 of the Complaint, and denies them on that basis.

9. View admits that, upon information and belief, SAGE designs and develops electrochromic glass technology and materials.

10. Admitted.

11. View admits that Exhibit A to the Complaint purports to be a redacted copy of an "Equipment Manufacturing and Supply Agreement" between SAGE and Leybold dated January 2011. View further admits that, on information and belief, SAGE has purchased HVM equipment and systems for the coating of glass from Leybold. View lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 11 of the Complaint, and denies them on that basis.

12. View admits that Exhibit A to the Complaint contains a provision entitled "Indemnification" that purports to indemnify and provide for the defense of SAGE by Leybold against certain claims for patent infringement. View lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 12 of the Complaint, and denies them on that basis.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. View admits that on June 12, 2013, View contended that the use by SAGE of HVM equipment made by Leybold Optics infringed and is infringing U.S. Patent No. 5,831,851 ("'851 patent"). View denies the remaining allegations of paragraph 17.

18. View lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 of the Complaint, and denies them on that basis.

19. Denied.

## FIRST CAUSE OF ACTION:

## DECLARATION OF NON-INFRINGEMENT OF THE '851 PATENT

20. View incorporates its responses to paragraphs 1–19 of the Complaint as if fully set forth herein.

21. View admits that an actual, substantial, and continuing justiciable controversy exists between Leybold and View, having diverse legal interests of sufficient immediacy and reality regarding Leybold's claim for declaratory judgment of non-infringement of the asserted claims of the '851 patent. View denies the remaining allegations of paragraph 21.

22. Denied.

23. Denied.

## SECOND CAUSE OF ACTION:

## DECLARATION OF INVALIDITY OF THE '851 PATENT

24. View incorporates its responses to paragraphs 1–23 of the Complaint as if fully set forth herein

25. Denied.

26. View admits that an actual, substantial, and continuing justiciable controversy exists between Leybold and View, having diverse legal interests of sufficient immediacy and reality regarding Leybold's claim for declaratory judgment of invalidity of the '851 patent. View denies the remaining allegations of paragraph 26.

27. Denied.

## RESPONSE TO PRAYER FOR RELIEF

View denies that Leybold is entitled to any relief whatsoever.

1. View denies that Leybold is entitled to the relief requested in paragraph 1.
2. View denies that Leybold is entitled to the relief requested in paragraph 2.
3. View denies that Leybold is entitled to the relief requested in paragraph 3.
4. View denies that Leybold is entitled to the relief requested in paragraph 4.
5. View denies that Leybold is entitled to the relief requested in paragraph 5.

1     6.     View denies that Leybold is entitled to the relief requested in paragraph 6.

2     7.     View denies that Leybold is entitled to the relief requested in paragraph 7.

3     View denies all remaining allegations in Leybold's Complaint not listed above.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

Leybold's claims for Declaratory Judgment of Non-Infringement and Invalidity fail to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

### (Infringement of U.S. Patent No. 5,831,851)

Leybold is directly infringing, inducing infringement by others, and/or contributorily infringing one or more claims of the '851 patent in violation of 35 U.S.C. § 271(a), (b), (c) and/or (f).

### THIRD AFFIRMATIVE DEFENSE

### (Validity of U.S. Patent No. 5,831,851)

The asserted claims of the '851 patent are valid and enforceable.

## PRAYER FOR RELIEF

WHEREFORE, View respectfully requests the following judgment and relief:

A.     That Leybold is not entitled to the relief prayed for in their Complaint, or to any relief whatsoever;

B.     That the Court determine that Leybold has infringed and is infringing one or more claims of the '851 patent;

C.     That the Court determine that the '851 patent is valid and enforceable;

D.     That the Court adjudge this to be an "exceptional case" and award View its attorneys' fees pursuant to 35 U.S.C. § 285;

E.     That View be awarded its costs of suit pursuant to 35 U.S.C. § 284; and

F.  That the Court orders such other and further relief to View as the Court deems just and proper.

**DEMAND FOR A JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38(b) and Civil L.R. 3–6, Defendant View demands a trial by jury on all issues so triable.

DATED:  December 23, 2013

WILMER CUTLER PICKERING HALE AND DORR LLP

By:   /s/ Keith Slenkovich
       Keith Slenkovich

KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
RUSSELL TONKOVICH (SBN: 223280)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Russell.Tonkovich@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

WILLIAM F. LEE (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax. (617) 526-5000
William.Lee@wilmerhale.com

*Attorneys for Defendant-Counterclaimant View, Inc.*

5

Answer and Affirmative Defenses of Defendant View, Inc.
Case No. C-12-6441 (JST)