KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
RUSSELL TONKOVICH (SBN: 223280)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING HALE
    AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Russell.Tonkovich@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

WILLIAM F. LEE (*pro hac vice*)
WILMER CUTLER PICKERING HALE
    AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax. (617) 526-5000
William.Lee@wilmerhale.com

*Attorneys for Defendant-Counterclaimant
View, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.**,<br><br>   Plaintiff–Counterclaim Defendant,<br><br>           vs.<br><br>**VIEW, INC.**,<br><br>   Defendant–Counterclaimant. | No. C-12-6441 (JST)<br><br>**DECLARATION OF TOBY MOCK IN SUPPORT OF VIEW, INC.'S OPPOSITION TO SAGE'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |

I, Toby Mock, hereby declare as follows:

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel of record for Defendant-Counterclaimant View, Inc. ("View") in the above-captioned matter. I am over the age of eighteen and have personal knowledge of and/or have confirmed or otherwise investigated and am competent to testify about the factual matters asserted herein.

2. I submit this declaration in support of View's Opposition to Sage's Motion for Leave to Amend Infringement Contentions.

3. Attached hereto as Exhibit A is a true and correct copy of Plaintiff Sage Electrochromics, Inc.'s ("Sage") Patent L.R. 3-1 Infringement Contentions dated and served on June 12, 2013.

4. Attached hereto as Exhibit B is a true and correct copy of correspondence from View to Sage dated June 24, 2013.

5. Attached hereto as Exhibit C is a true and correct copy of correspondence from Sage to View dated June 28, 2013

6. Attached hereto as Exhibit D is a true and correct copy of correspondence from View to Sage dated July 2, 2013.

7. Attached hereto as Exhibit E is a redacted copy of correspondence from View to Sage dated August 16, 2013.

8. On August 20, 2013, outside counsel for View and Sage discussed the issues raised in View's August 16, 2013 letter regarding Sage's deficient document production under Patent L.R. 3-2(e).

9. Attached hereto as Exhibit F is a redacted copy of correspondence from View to Sage dated September 6, 2013.

10. Attached hereto as Exhibit G is a redacted copy of correspondence from Sage to View dated September 24, 2013.

1     Executed this 23rd day of December 2013, in Palo Alto, California.

3                                             /s/ Toby Mock
                                                Toby Mock

2

Declaration in Support of View's Opposition to Sage's Motion for Leave to Amend Infringement Contentions
Case No. 12-6441-JST