| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
| | HMcElhinny@mofo.com |
| 2 | JACK W. LONDEN (CA SBN 85776) |
| | JLonden@mofo.com |
| 3 | MARK W. POE (CA SBN 223714) |
| | MPoe@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Plaintiff |
| | SAGE ELECTROCHROMICS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGE ELECTROCHROMICS, INC., a New Jersey Corporation, | Case No. 12-6441-JCS |
| Plaintiff, | |
| v. | |
| VIEW, INC., a Delaware Corporation, | |
| Defendant. | |
| LEYBOLD OPTICS., GMBH, a German Company, | **NOTICE OF APPEARANCE** |
| Plaintiff, | |
| v. | |
| VIEW, INC., a Delaware Corporation, | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Harold W. McElhinny, Jack W. Londen and Mark W. Poe, attorneys with the law firm Morrison & Foerster LLP, whose contact information is provided

above, hereby enter an appearance as counsel of record in the above-referenced matter on behalf of plaintiff Sage Electrochromics, Inc.

Dated: December 24, 2013

HAROLD J. MCELHINNY
JACK W. LONDEN
MARK W. POE
MORRISON & FOERSTER LLP

By: /s/
    JACK W. LONDEN

Attorneys for Plaintiff
SAGE ELECTROCHROMICS, INC.

NOTICE OF APPEARANCE
sf-3367735

2