AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| LEYBOLD OPTICS., GMBH ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   3:12-cv-06441-JST |
| VIEW, INC. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LEYBOLD OPTICS., GMBH                                                                                                                                  .

Date:     12/26/2013                                           /s/ Tawfik Ahmed Goma
                                                                               *Attorney's signature*

                                                              Tawfik Ahmed Goma (CA SBN 272685)
                                                                       *Printed name and bar number*
                                                              Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo
                                                                               666 Third Ave.
                                                                           New York, NY 10017
                                                                                    *Address*

                                                                            TGoma@mintz.com
                                                                                *E-mail address*

                                                                              (212) 692-6822
                                                                              *Telephone number*

                                                                              (212) 983-3115
                                                                                 *FAX number*