(counsel listed at end of document)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAGE ELECTROCHROMICS, INC., a New Jersey Corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>VIEW, INC., a Delaware Corporation,<br><br>             Defendant.<br><br>LEYBOLD OPTICS., GMBH, a German Company,<br><br>             Plaintiff,<br><br>    v.<br><br>VIEW, INC., a Delaware Corporation,<br><br>            Defendant. | Case No. 12-6441-JST<br><br>**JOINT PROPOSAL FOR LOGISTICS OF TECHNOLOGY TUTORIAL**<br><br>Date: January 14, 2014<br>Time: 2:00 p.m.<br>Courtroom 9, 19th floor |

The parties jointly submit this proposal to advise the Court of certain agreements they have made regarding their plan for how they intend to conduct the January 14, 2014 technology

tutorial in this action. Subject to any preference that the Court may have, the parties have agreed that:

1. After the attorneys state their appearances, respond to any preliminary matters that the Court may wish to address, and introduce their experts, the parties' tutorial presentations will be made exclusively by the parties' expert witnesses.

2. The attorneys will neither direct the experts' presentations nor cross-examine the other parties' experts. The experts will, however, respond to questions that the Court may have during the course of their presentations.

3. The presentations and statements made at the tutorial by the parties' experts may not be used for any purpose in any other aspect of the litigation.

4. Unless the Court prefers otherwise, the tutorial will not be transcribed.

5. The order of presentations will be:

   a. Plaintiff-Counterclaim Defendant SAGE Electrochromics, Inc. ("SAGE") will present an overview of the general technology of electrochromics, and give an overview of its asserted patents, the '610 and the '177 (the "Sage Asserted Patents").

   b. Defendant-Counterclaimant View, Inc. ("View") will make its presentation, including the general technology, its overview of the Sage Asserted Patents, and its overview of its asserted patents, the '357 and '851 (the "View Asserted Patents").

   c. SAGE will add any necessary points to View's overview of the View Asserted Patents.

   d. Intervenor-Plaintiff Leybold Optics, GmbH will provide its overview of the '851 patent.

6. SAGE and Leybold together will have one hour, of which 15 minutes will be reserved to Leybold. View will have one hour.

7. The parties will provide the Court with copies of their presentations, in the format the Court prefers.

Dated: January 13, 2014

By: */s/* Jack W. Londen
    Harold W. McElhinny
    Jack W. Londen
    Mark W. Poe
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, California 94105-2482
    Telephone: 415.268.7000
    Facsimile: 415.268.7522
    HMcElhinny@mofo.com
    JLonden@mofo.com
    MPoe@mofo.com

Terry W. Ahearn
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 815-7400
Facsimile: (650) 815-7401
tmcmahon@mwe.com
tahearn@mwe.com

Sarah Chapin Columbia *(pro hac vice)*
Leigh Martinson *(pro hac vice)*
Hasan M. Rashid *(pro hac vice)*
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Telephone:(617) 535-4000
Facsimile: (617) 535-3800
scolumbia@mwe.com
lmartinson@mwe.com
hrashid@mwe.com

    Attorneys for Plaintiff and Counterclaim Defendant *SAGE Electrochromics, Inc.*

By: */s/* Keith Slenkovich
    Keith Slenkovich
    Joseph F. Haag
    Russell Tonkovich
    Toby Mock
    Crystal Roberts
    WILMER CUTLER PICKERING HALE
      AND DORR LLP
    950 Page Mill Road
    Palo Alto, California 94304
    Tel. (650) 858-6000
    Fax. (650) 858-6100
    Keith.Slenkovich@wilmerhale.com
    Joseph.Haag@wilmerhale.com
    Russell.Tonkovich@wilmerhale.com
    Tobias.Mock@wilmerhale.com
    Crystal.Roberts@wilmerhale.com

William F. Lee (*pro hac vice*)
WILMER CUTLER PICKERING HALE
    AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax. (617) 526-5000
William.Lee@wilmerhale.com

    Attorneys for Defendant-Counterclaimant *View, Inc.*

By: */s/* John A. Bauer
John A. Bauer (*pro hac vice*)
Tawfik Goma
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
666 Third Avenue
New York, New York 10017
Telephone: (212) 692-6795
Facsimile: (212) 983-3115
JABauer@mintz.com
TGoma@mintz.com

Attorneys for Intervenor-Plaintiff
*Leybold Optics, GmbH*

Evan Nadel
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Telephone: (415) 432-6016
Facsimile: (415) 432-6001
ENadel@mintz.com

SIGNATURE OF ATTESTATION

Pursuant to Civil L.R. 5.12(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

Dated: January 13, 2014          */s/* Jack W. Londen_____