KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
RUSSELL TONKOVICH (SBN: 223280)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING HALE
 AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Russell.Tonkovich@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

WILLIAM F. LEE (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
 DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax. (617) 526-5000
William.Lee@wilmerhale.com

*Attorneys for Defendant–Counterclaimant View, Inc.*

**FILED**
MAR 19 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SAGE ELECTROCHROMICS, INC., <br><br> Plaintiff–Counterclaim Defendant, <br><br> vs. <br><br> VIEW, INC., <br><br> Defendant–Counterclaimant. | No. C-12-6441 (JST) <br><br> STIPULATION AND [PROPOSED] ORDER GRANTING VIEW, INC.'S REQUEST TO AMEND INVALIDITY CONTENTIONS PURSUANT TO PATENT L.R. 3-6 |
| LEYBOLD OPTICS, GMBH, <br><br> Intervenor-Plaintiff, <br><br> vs. <br><br> VIEW, INC., <br><br> Defendant. | |

12-6441-JST     1     STIPULATION REGARDING VIEW'S REQUEST TO AMEND INVALIDITY CONTENTIONS

Defendant-Counterclaimant View, Inc. ("View") and Plaintiff-Counterclaim Defendant SAGE Electrochromics, Inc. ("SAGE"), through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, View served its Patent L.R. 3-3 Invalidity Contentions on August 1, 2013 pursuant to the Court's Scheduling Order (ECF No. 57);

WHEREAS, on February 24, 2014, View notified SAGE of its intent to request the Court's leave to amend its August 1, 2013 Invalidity Contentions with respect to U.S. Pat. No. 7,372,610, which is asserted by SAGE in this litigation, and WHEREAS, concurrent with the foregoing notification, View provided SAGE with copies of its proposed Amended Invalidity Contentions;

WHEREAS, SAGE does not oppose View's request to amend its August 1, 2013 Invalidity Contentions as represented in View's February 24, 2014 correspondence;

WHEREAS, View respectfully submits that good cause exists to amend its invalidity contentions pursuant to Patent L.R. 3-6 because the proposed amendments:

(a) incorporate confidential information recently produced by Sage in discovery relating to the technical features of SAGE's products that View alleges qualify as prior art to the '610 patent; and

(b) conform View's invalidity theories to the new infringement theories set forth by SAGE in its January 28, 2014 Amended Infringement Contentions.

WHEREAS, View further submits that it acted diligently in seeking this amendment since neither of these bases for amendment was previously available to View outside the confidential discovery and disclosure mechanisms of this case.

WHEREAS, SAGE and View agreed on March 14, 2014 that, in order not to burden the Court, the parties will stipulate to allow View to amend its Invalidity Contentions, subject to the Court's approval.

IT IS HEREBY STIPULATED AND AGREED, by and between View and SAGE, subject to the Court's approval, that View is hereby given leave to amend its Patent L.R. 3-3 Invalidity Contentions.

DATED: March 14, 2014

Respectfully submitted,

By: _____
Keith Slenkovich

*Attorneys for Defendant-Counterclaimant View, Inc.*

DATED: March 14, 2014

By: _____
Jack Londen

*Attorneys for Plaintiff-Counterclaim Defendant SAGE Electrochromics, Inc.*

JST ~~[PROPOSED]~~ ORDER

Good cause having been shown, IT IS HEREBY ORDERED that Defendant-Counterclaimant View, Inc.'s request to amend its Patent L.R. 3-3 Invalidity Contentions is GRANTED. View is hereby ordered to serve copies of its Amended Invalidity Contentions on counsel for SAGE.

Dated: 3/19/14

_____
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT