UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGE ELECTROCHROMICS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VIEW, INC.,<br><br>　　　　　Defendant. | Case No.  12-cv-06441-JST<br><br>**ORDER DIRECTING VIEW TO NOTICE MOTION TO STRIKE BEFORE JUDGE RYU**<br><br>Re: ECF No. 152 |

　　　Pursuant to the Court's earlier Order of Reference, ECF No. 67, View should notice its Motion to Strike, and related motion to seal, ECF No. 152, before Judge Ryu in accordance with Judge Ryu's procedures.

　　　**IT IS SO ORDERED.**

Dated:  March 21, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge