UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAGE ELECTROCHROMICS, INC.,

    Plaintiff,

v.

VIEW, INC.,

    Defendant.

Case No. 12-cv-06441-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Last day for SAGE to serve Disclosure of Asserted Claims and Infringement Contentions and supporting documents for New Patents | 5/16/14 |
| View to serve "Invalidity Contentions" and supporting documents for New Patents | 7/25/14 |
| Deadline to amend pleadings | 7/31/14 |
| Preliminary election of asserted claims (for all patents in suit) | 8/8/14 |
| Mutual exchange of claim terms for construction | 8/15/14 |
| Deadline to meet and confer to limit terms in dispute and jointly identify any additional terms to be construed from New Patents | 8/22/14 |
| Exchange proposed constructions for each term from New Patents identified by the parties, including intrinsic and extrinsic evidence supporting each construction | 9/5/14 |

| Event | Deadline |
|---|---|
| Deadline to meet and confer to narrow the issues and finalize preparation of Joint Claim Construction and Prehearing Statement | 9/19/14 |
| Parties to file an Updated Claim Construction and Prehearing Statement | 9/24/14 |
| Claim construction discovery completed | 10/31/14 |
| Sage's Opening claim construction brief | 11/14/14 |
| View's Responsive claim construction brief | 12/5/14 |
| Sage's Reply claim construction brief | 12/12/14 |
| Technology Tutorial on New Patents | 1/6/15 1:30 p.m. |
| Claim construction hearing | 1/20/15 1:30 p.m. |
| Last day for parties to amend "Disclosure of Asserted Claims and Infringement Contentions" and "Invalidity Contentions" | Not later than 14 after the Court's claim construction order on New Patents |

Following the issuance of its next claim construction order, the Court will set a case management conference for the purpose of setting additional deadlines, including the close of fact discovery, the identification of the claims that will be tried to a jury, the completion of a settlement conference with Judge Grewal, pretrial motions, and trial.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties shall meet and confer regarding the format, scope, and content of both the tutorial and the claim construction hearing, including but not limited to the permissible subjects of discussion at each, whether experts will testify, and what audio-visual equipment, if any, will be needed by the parties. They also shall exchange copies of any audio-visual material at least **ten court days** before they intend to use it in court, and shall bring any disputes regarding the format, scope, or content of any tutorial or hearing to the Court's attention at least **five court days** before the tutorial or hearing. The Court will deem as waived any objection raised less than five court

2

days before the tutorial or hearing. The parties shall lodge hard copies of their presentation materials with the Court on the day of the tutorial or claim construction hearing.

The Court will reserve no more than two-and-one-half hours on its calendar for the tutorial, including a brief recess. The tutorial will not be reported by a court reporter.

The Court will determine prior to the Claim Construction hearing how many terms it will construe. The Court will reserve no more than three hours on its calendar for the claim construction hearing, including a brief recess. The Court prefers that the parties proceed term-by-term, with each party providing its views on each term before moving on to the next. The Court's use of time limits means that the parties may not have the opportunity to present oral argument on every term they have submitted for construction, and the parties should prioritize their presentations accordingly.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

The Case Management Conference scheduled for May 14, 2014 is VACATED.

Dated: May 13, 2014

JON S. TIGAR
United States District Judge