KEITH SLENKOVICH (SBN: 129793)
JOSEPH F. HAAG (SBN: 248749)
TOBY MOCK (SBN: 265004)
CRYSTAL ROBERTS (SBN: 284622)
WILMER CUTLER PICKERING HALE
    AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

WILLIAM F. LEE (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
    DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax. (617) 526-5000
William.Lee@wilmerhale.com

*Attorneys for Defendant-Counterclaimant View, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.,**      Plaintiff–Counterclaim Defendant,  vs.  **VIEW, INC.**,      Defendant–Counterclaimant.  **LEYBOLD OPTICS, GMBH,**      Intervenor-Plaintiff,  vs.  **VIEW, INC.,**      Defendant. | No. C-12-6441 (JST)  **STIPULATION AND [PROPOSED] ORDER GRANTING VIEW, INC.'S REQUEST TO AMEND INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-6** |

Defendant-Counterclaimant View, Inc. ("View"), Plaintiff-Counterclaim Defendant SAGE Electrochromics, Inc. ("SAGE"), and Intervenor-Plaintiff Leybold Optics, GmbH ("Leybold"), through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, View served its Patent L.R. 3-1 Infringement Contentions on June 12, 2013 pursuant to the Court's Scheduling Order (ECF No. 57);

WHEREAS, on June 6, 2014, View notified SAGE and Leybold of its intent to seek the Court's leave to amend its Infringement Contentions with respect to U.S. Pat. No. 5,831,851 ("'851 patent"), asserted by View against SAGE in this litigation, and WHEREAS, concurrent with the foregoing notification, View provided SAGE and Leybold with copies of its proposed Amended Infringement Contentions for the '851 patent;

WHEREAS, SAGE and Leybold do not oppose View's request to amend its Infringement Contentions with respect to the '851 patent in the manner represented in View's June 6, 2014 correspondence;

WHEREAS, View respectfully submits that good cause exists to amend its Infringement Contentions pursuant to Patent L.R. 3-6 because:

(a) View's amended contentions rely on information ascertained from Leybold's proprietary documents and source code recently produced in this case pertaining to SAGE's "High Volume Manufacturing" (HVM) facility;

(b) Specifically, the source code pertaining to the HVM facility is alleged by SAGE to be in the exclusive possession of Leybold, and was first made available to View for inspection in discovery responses served by Leybold in this litigation on March 3, 2014;

(c) View inspected the source code for the first time on May 6, 2014, one month prior to View's June 6, 2014 correspondence to SAGE and Leybold attaching its proposed Amended Infringement Contentions; and

(d) View's proposed amendment will not prejudice SAGE or Leybold. To the contrary, View's amended contentions provide additional detail to SAGE and Leybold regarding View's infringement theories for the '851 patent, thereby furthering the notice objective of the patent local rules.

WHEREAS, for the foregoing reasons, View further submits that it acted diligently in seeking this amendment since none of these above bases for amendment were previously available to View outside the confidential discovery and disclosure mechanisms of this case. *See* Patent L.R. 3-6(c) (providing as a basis for amendment the "[r]ecent discovery of nonpublic information about the Accused Instrumentality which was not discovered, despite diligent efforts, before the service of the Infringement Contentions");

WHEREAS, SAGE, Leybold and View have agreed that, to avoid burdening the Court, and pursuant to the Court's May 29, 2013 Order (ECF No. 54), the parties will stipulate to allow View to amend its Infringement Contentions for the '851 patent, subject to the Court's approval.

IT IS HEREBY STIPULATED AND AGREED, by and between View, SAGE, and Leybold, subject to the Court's approval, that View is hereby given leave to amend its Patent L.R. 3-1 Infringement Contentions for the '851 patent.

Respectfully submitted,

DATED:  June 12, 2014                    By:      /s/ Keith Slenkovich
                                                  Keith Slenkovich

*Attorneys for View, Inc.*

DATED:  June 12, 2014                    By:      /s/ Wendy J. Ray
                                                  Wendy J. Ray

*Attorneys for SAGE Electrochromics, Inc.*

DATED:  June 12, 2014                    By:      /s/ Tawfik Goma
                                                  Tawfik Goma

*Attorneys for Leybold Optics, GmbH*

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

**SIGNATURE ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from Plaintiff-Counterclaim Defendant SAGE Electrochromics, Inc. and Intervenor-Plaintiff Leybold Optics, GmbH, and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 12th day of June, 2014, at Palo Alto, California.

/s/ Keith Slenkovich
Keith Slenkovich

**[PROPOSED] ORDER**

Good cause having been shown, IT IS HEREBY ORDERED that Defendant-Counterclaimant View, Inc.'s request to amend its Patent L.R. 3-1 Infringement Contentions is GRANTED. View is hereby ordered to serve copies of its Amended Infringement Contentions on counsel for SAGE and Leybold.

Dated: June 13, 2014



Judge .
UNITED

IT IS SO ORDERED
Judge Jon S. Tigar