UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGE ELECTROCHROMICS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>VIEW, INC.,<br><br>    Defendant. | Case No. 12-cv-06441-JST<br><br>**ORDER APPROVING STIPULATION TO CONTINUE CLAIM CONSTRUCTION HEARING**<br><br>Re: ECF No. 217 |

The Court hereby approves the parties' joint request to continue the claim construction hearing. The Court hereby schedules a case management conference on January 30, 2015 at 3:00 P.M, at which the Court will set a new date for the claim construction hearing. The parties are ordered to meet and confer prior to the conference.

**IT IS SO ORDERED.**

Dated: January 15, 2015

_____
JON S. TIGAR
United States District Judge