UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAGE ELECTROCHROMICS, INC.,

    Plaintiff,

v.

VIEW, INC.,

    Defendant.

Case No. 12-cv-06441-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Last day for parties to amend "Disclosure of Asserted Claims and Infringement Contentions" and "Invalidity Contentions" | May 20, 2015 |
| Close of fact discovery | August 14, 2015 |
| Election of asserted claims for trial | August 14, 2015 |
| Complete settlement conference before Judge Grewal | August 21, 2015 |
| Expert disclosures (on any matter on which a party bears the burden of proof) | August 31, 2015 |
| Rebuttal expert disclosures | September 28, 2015 |
| Close of expert discovery | October 30, 2015 |
| Deadline for dispositive and Daubert motions, including motion for summary judgment | November 30, 2015 |

| Event | Deadline |
|---|---|
| Oppositions to dispositive and Daubert motions | December 14, 2015 |
| Replies in support of dispositive and Daubert motions | December 21, 2015 |
| Hearing on dispositive and Daubert motions | January 19, 2016 |
| Pretrial conference | April 29, 2016 at 2:00 p.m. |
| Trial | May 31, 2016 at 8:30 a.m. |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated: April 30, 2015

_____
JON S. TIGAR
United States District Judge