(*counsel listed at end of document*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAGE ELECTROCHROMICS, INC.**, | ) No. C-12-6441 (JST) |
| Plaintiff–Counterclaim Defendant, | ) |
| vs. | ) **JOINT STIPULATION OF DISMISSAL** |
| **VIEW, INC.**, | ) **AND [PROPOSED] ORDER** |
| Defendant–Counterclaimant. | ) |
| **LEYBOLD OPTICS, GMBH,** | ) |
| Intervenor-Plaintiff, | ) |
| vs. | ) |
| **VIEW, INC.,** | ) |
| Defendant. | ) |

la-1287122

Joint Stipulation of Dismissal
Case No. C-12-6441 (JST)

1  Plaintiff-Counterclaim Defendant SAGE Electrochromics, Inc. ("SAGE") and Defendant-
2  Counterclaimant View, Inc. ("View") hereby advise the Court that they have reached a settlement
3  in the above-captioned matter. Accordingly, pursuant to Rules 41(a)(1)(A)(2) and 41(c) of the
4  Federal Rules of Civil Procedure, SAGE and View hereby stipulate to dismiss with prejudice all
5  claims and counterclaims asserted in this action.  Each party is to bear its own fees and costs.
6  Intervenor-Plaintiff Leybold Optics ("Leybold") and Defendant View, Inc. hereby advise
7  the Court that they have reached a settlement in the above-captioned matter. Accordingly,
8  pursuant to Rules 41(a)(1)(A)(2) and 41(c) of the Federal Rules of Civil Procedure, Leybold and
9  View hereby stipulate to dismiss with prejudice all claims and counterclaims asserted in this
10 action.  Each party is to bear its own fees and costs.
11 Respectfully submitted this 1st day of June, 2015.

la-1287122

Dated: June 1st, 2015

By: /s/ Jack W. Londen
Harold W. McElhinny
Jack W. Londen
Wendy J. Ray
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
HmcElhinny@mofo.com
Jlonden@mofo.com
Mpoe@mofo.com

Terry W. Ahearn
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 815-7400
Facsimile: (650) 815-7401
tmcmahon@mwe.com
tahearn@mwe.com

Sarah Chapin Columbia (pro hac vice)
Leigh Martinson (pro hac vice)
Hasan M. Rashid (pro hac vice)
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Telephone:    (617) 535-4000
Facsimile:    (617) 535-3800
scolumbia@mwe.com
lmartinson@mwe.com
hrashid@mwe.com

Attorneys for Plaintiff and Counterclaim Defendant SAGE Electrochromics, Inc.

By: /s/ Keith Slenkovich
Keith Slenkovich
Joseph F. Haag
Toby Mock
Crystal Roberts
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100
Keith.Slenkovich@wilmerhale.com
Joseph.Haag@wilmerhale.com
Russell.Tonkovich@wilmerhale.com
Tobias.Mock@wilmerhale.com
Crystal.Roberts@wilmerhale.com

William F. Lee (pro hac vice)
Cynthia D. Vreeland (pro hac vice)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax. (617) 526-5000
William.Lee@wilmerhale.com

Attorneys for Defendant-Counterclaimant View, Inc.

la-1287122

| | |
|---|---|
| By: /s/ John A. Bauer<br>John A. Bauer (pro hac vice)<br>MINTZ LEVIN COHN FERRIS<br>GLOVSKY AND POPEO, P.C.<br>666 Third Avenue<br>New York, New York 10017<br>Telephone: (212) 692-6795<br>Facsimile: (212) 983-3115<br>JABauer@mintz.com<br>Tgoma@mintz.com | Evan Nadel<br>MINTZ LEVIN COHN FERRIS<br>GLOVSKY AND POPEO, P.C.<br>44 Montgomery Street, 36th Floor<br>San Francisco, California 94104<br>Telephone: (415) 432-6016<br>Facsimile: (415) 432-6001<br>Enadel@mintz.com |

Attorneys for Intervenor-Plaintiff
Leybold Optics, GmbH

### SIGNATURE OF ATTESTATION

Pursuant to Civil L.R. 5.12(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

Dated: June 1st, 2015

/s/ *Jack W. Londen*

la-1287122

## **[PROPOSED] ORDER**

Upon consideration of the foregoing Joint Stipulation of Dismissal, IT IS HEREBY ORDERED that this case is dismissed. All claims and counterclaims of Plaintiff-Counterclaim Defendant SAGE Electrochromics, Inc. ("SAGE") and Defendant-Counterclaimant View, Inc. ("View") are hereby dismissed with prejudice. All claims and counterclaims of Intervenor-Plaintiff Leybold Optics, GMBH are hereby dismissed with prejudice. Each party is to bear its own fees and costs.

     IT IS SO ORDERED.

Dated: _____                          _____
                                                                        Judge Jon S. Tigar
                                                                         UNITED STATES DISTRICT COURT