UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGE ELECTROCHROMICS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>VIEW, INC.,<br><br>    Defendant. | Case No. 12-cv-06441-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 232 |

The parties have filed a stipulation of dismissal dated June 1, 2015, stating that they have agreed to a settlement of this action. ECF No. 232. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims and counterclaims asserted in this action have been dismissed with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: June 2, 2015

                                                  JON S. TIGAR<br>
                                     United States District Judge